IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>        Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>SOLARWORLD AMERICAS, INC.,<br><br>        Defendant-Intervenor. | Court No. 15-00067<br><br>Before: Hon. Donald C. Pogue, Senior Judge |

## ORDER

Upon consideration of SunPower Corporation's motion for leave to file an amended complaint, defendant's response in partial opposition thereto, and all other pertinent papers, it is hereby

ORDERED that SunPower's motion to amend its complaint to add SunPower Corporation Systems as a plaintiff in this action is DENIED; and it is further

ORDERED that SunPower's motion is GRANTED in all other respects.

SO ORDERED.

 

_____
Senior Judge

Dated: _____, 2015
      New York, New York

13436842.1

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>SOLARWORLD AMERICAS, INC.,<br><br>    Defendant-Intervenor. | Court No. 15-00067<br><br>Before: Hon. Donald C. Pogue, Senior Judge |

## DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 7(d) of the Rules of the United States Court of International Trade, Defendant-Intervenor SolarWorld Americas, Inc. ("SolarWorld"), respectfully submits this response to SunPower Corporation's ("SunPower") motion for leave to file an amended complaint in this action. *See* SunPower Corporation's Mot. for Leave to File Am. Compl., *SunPower Corporation v. United States*, CIT Ct. No. 15-00067 (July 29, 2015), ECF No. 34.

SolarWorld concurs with and adopts by reference the arguments set forth in Defendant United States' response to SunPower's motion. *See* Def.'s Partial Opp. to Pl.'s Mot. for Leave to File Am. Compl., *SunPower Corporation v. United States*, CIT Ct. No. 15-00067 (Aug. 26, 2015), ECF No. 41.

13436842.1

For the reasons contained in the United States' response, SolarWorld respectfully requests that the Court deny SunPower's motion insofar as SunPower seeks to add SunPower Corporation, Systems ("SCS") as a new plaintiff in Court No. 15-000067.

Respectfully submitted,

/s/ Timothy C. Brightbill

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Usha Neelakantan, Esq.

**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel to SolarWorld Americas, Inc.*

Dated: August 26, 2015