IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> SOLARWORLD AMERICAS, INC., <br><br> Defendant-Intervenor. | Court No. 15-00067 <br><br> Before: Hon. Donald C. Pogue, Senior Judge |

## ORDER

Upon consideration of SunPower Corporation's motions to enlarge the scope of preliminary injunctions issued in *Shanghai BYD Co. v. United States*, Court No. 15-00083, and *Canadian Solar Inc. v. United States*, Court No. 15-00088, which are consolidated in the above captioned action, to include distinct entries made by SunPower Corporation Systems, as well as all other pertinent papers, it is hereby

ORDERED that SunPower's motions are DENIED.

SO ORDERED.

_____
Senior Judge

Dated: _____, 2015
    New York, New York

13436842.1

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION ET AL., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> SOLARWORLD AMERICAS, INC., <br><br> Defendant-Intervenor. | Court No. 15-00067 <br><br> Before: Hon. Donald C. Pogue, Senior Judge |

## DEFENDANT-INTERVENOR'S RESPONSE TO SUNPOWER CORPORATION'S MOTION TO ENLARGE PRELIMINARY INJUNCTION TO INCLUDE ENTRIES MADE BY SUNPOWER CORPORATION SYSTEMS

Pursuant to Rule 12(d) of the Rules of the United States Court of International Trade, Defendant-Intervenor SolarWorld Americas, Inc. ("SolarWorld"), respectfully submits this response to SunPower Corporation's ("SunPower") motion to enlarge the scope of the preliminary injunction to include entries made by SunPower Corporation Systems. *See* Pl.'s Mot. for Leave to File Am. Prelim. Inj. Mot. to Include Entries Made by SunPower Corporation Systems, *SunPower Corporation et al. v. United States*, CIT Ct. No. 15-00067 (July 29, 2015), ECF No. 36.

SolarWorld concurs with and adopts by reference the arguments set forth in Defendant United States' response to SunPower's motion. *See* Def.'s Resp. in Opp. to Pl.'s Mots. to Enlarge Prelim. Inj., *SunPower Corporation v. United States*, CIT Ct. No. 15-00067 (Aug. 26, 2015), ECF No. 44.

13436842.1

For the reasons contained in the United States' response, SolarWorld respectfully requests that the Court deny SunPower's motions to enlarge the preliminary injunctions issued in Court Nos. 15-00083 and 15-00088.

Respectfully submitted,

Timothy C. Brightbill
Laura El-Sabaawi
Usha Neelakantan

**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel to SolarWorld Americas, Inc.*

Dated: August 26, 2015