## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION ET AL. ) | |
| ) | |
| Consolidated Plaintiffs ) | |
| ) | |
| v. ) | Consol. Court No. 15-00067 |
| ) | |
| UNITED STATES ) | Before: Hon. Donald C. Pogue, |
| ) | Senior Judge |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| SOLARWORLD AMERICAS, INC. ) | |
| ) | |
| Defendant-Intervenor. ) | |

### SUNPOWER CORPORATION'S RESPONSE TO DEFENDANT-INTERVENOR'S MOTION TO DISMISS COUNT VI OF PLAINTIFF'S COMPLAINT

Plaintiff SunPower Corporation ("SunPower") hereby responds to the motion to dismiss Count VI of SunPower's Complaint in connection with Court No. 15-00067, which was filed by Defendant-Intervenor SolarWorld Americas, Inc. ("SolarWorld") on August 6, 2015. *See* Defendant-Intervenor's Motion to Dismiss Count VI of Plaintiff's Complaint, *SunPower Corporation v. United States*, Ct. No. 15-00067, CM/ECF Docket No. 39 (Aug. 6, 2015). In its motion, SolarWorld simply concurred with and adopted by reference the arguments set forth in the motion to dismiss filed by Defendant United States on August 4, 2015. *See* Defendant's Motion to Dismiss Count VI of Plaintiff's Complaint, *SunPower Corporation v. United States*, Ct. No. 15-00067, CM/ECF Docket No. 37 (Aug. 4, 2015).

Although SunPower, as previously explained, disagrees with Defendant's and, by extension, Defendant's Intervenor's assertion that Count VI constitutes an impermissible

1

challenge to the final injury determination made by the U.S. International Trade Commission in connection with the underlying antidumping duty investigation of crystalline silicon photovoltaic products from the People's Republic of China, SunPower has filed a Motion for Leave to File Amended Complaint, dated July 29, 2015, to remove Count VI. *See* SunPower Corporation's Motion for Leave to File Amended Complaint, *SunPower Corporation v. United States*, Ct. No. 15-00067, CM/ECF Docket No. 34 (Jul. 29, 2015).[1] Accordingly, SunPower respectfully requests that the Court grant its Motion for Leave to File Amended Complaint, including, in particular, as to the removal of Count VI, or, alternatively, to grant Defendant's Motion to Dismiss Count VI of Plaintiff's Complaint and/or Defendant-Intervenor's Motion to Dismiss Count VI of Plaintiff's Complaint.

                                                      Respectfully submitted,

                                                      Daniel J. Gerkin
                                                      Jerome J. Zaucha
                                                      K&L Gates LLP
                                                      1601 K Street, N.W.
                                                      Washington, DC 20006
                                                      Tel: (202) 778-9168
                                                      Fax: (202) 778-9100

                                                      *Counsel to SunPower Corporation*

September 8, 2015

---

[1] In responding to SunPower's Motion for Leave to File Amended Complaint, Defendant United States consented to the removal of Count VI and noted its intention to withdraw its August 4, 2015 motion if the Court grants SunPower's motion as to the removal of Count VI. *See* Defendant's Partial Opposition to Plaintiff's Motion for Leave to File an Amended Complaint, *SunPower Corporation v. United States*, Ct. No. 15-00067, CM/ECF Docket No. 43, at 4 (Aug. 26, 2015).

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SUNPOWER CORPORATION ET AL. ) <br> ) <br> Consolidated Plaintiffs ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> ) <br> Defendant ) <br> ) <br> and ) <br> ) <br> SOLARWORLD AMERICAS, INC. ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Consol. Court No. 15-00067 <br><br> Before: Hon. Donald C. Pogue, <br> Senior Judge |

## ORDER

Upon consideration of SunPower Corporation's Response to Defendant-Intervenor's Motion to Dismiss Count VI of Plaintiff's Complaint, and all other pertinent papers, it is hereby

ORDERED, that, to the extent SunPower Corporation's Motion for Leave to File Amended Complaint is not granted, that Defendant-Intervenor's Motion to Dismiss Count VI of Plaintiff's Complaint is GRANTED, and

ORDERED, that Count VI of SunPower Corporation's Complaint is DISMISSED.

_____
Hon. Donald C. Pogue, Senior Judge

Dated: _____, 2015
New York, New York