IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JUDGE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORPORATION | ) |
| Plaintiff, | ) |
| and | ) |
| CANADIAN SOLAR INC., *ET AL.*, | ) |
| Plaintiff-Intervenors, | ) |
| v. | ) Consol. Court No. 15-00067 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SOLAR WORLD AMERICAS, INC., | ) |
| Defendant-Intervenor. | ) |

**DEFENDANT'S REPLY TO SUNPOWER COPORATION'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT VI OF PLAINTIFF'S COMPLAINT**

Defendant, United States, hereby replies to SunPower Corporation's response to our motion to dismiss Count VI of the complaint in Court No. 15-00067.  *See* CM/ECF No. 48.  In its response, SunPower requests that the Court grant its motion for leave to file an amended complaint, *see* CM/ECF No. 34, including with respect to the removal of Count VI, or alternatively, grant the United States' motion to dismiss Count VI of the complaint.

As the United States has previously explained, because Count VI of SunPower's complaint concerns the finality and validity of the U.S. International Trade Commission's injury determination with respect to certain crystalline silicon photovoltaic products from China and

that determination is not contained in the amended summons or complaint, the Court does not have subject-matter jurisdiction and Count VI is not a claim upon which the Court can grant relief.  *See* CM/ECF No. 37 at 1, 2-5.  Accordingly, we respectfully request that the Court dismiss Count VI of SunPower's complaint.

In the alternative – as stated in our partial opposition to SunPower's motion for leave to file an amended complaint, *see* CM/ECF No. 43 – although we oppose SunPower's motion insofar as SunPower seeks to add SunPower Corporation, Systems as a new plaintiff in this action, we consent to the motion in all other respects, including removal of Count VI in the amended complaint.  If the Court grants SunPower leave to amend its complaint to remove Count VI, we will withdraw our motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Direcplaintor |
| OF COUNSEL: | s/Melissa M. Devine<br>MELISSA M. DEVINE<br>Trial Attorney |
| REBECCA CANTU<br>Senior Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0341<br>Fax: (202) 514-8624<br>Email:  melissa.m.devine@usdoj.gov |
| September 21, 2015 | Attorneys for Defendant |