IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION,<br>            Plaintiff,<br><br>and<br><br>CANADIAN SOLAR INC., *et al.*,<br><br>            Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>            Defendant,<br><br>and<br><br>SOLARWORLD AMERICAS, INC.,<br><br>            Defendant-Intervenor. | Court No. 15-00067<br><br>Before: Hon. Donald C. Pogue,<br>Senior Judge |

## DEFENDANT-INTERVENOR'S REPLY TO SUNPOWER CORPORATION'S RESPONSE TO THE MOTION TO DISMISS COUNT VI OF PLAINTIFF'S COMPLAINT

Defendant-Intervenor SolarWorld Americas, Inc. ("SolarWorld") respectfully submits this reply to SunPower Corporation's ("Plaintiff") response to our motion to dismiss Count VI of Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. *See* Sunpower Corp.'s Resp. to Def.'s Mot. to Dismiss Count VI of Pl.'s Compl., *SunPower Corporation v. United States*, CIT Ct. No. 15-00067 (Sept. 8, 2015), ECF No. 48.

SolarWorld concurs with and adopts by reference the arguments set forth in Defendant United States' reply to Plaintiff's response to its motion to dismiss Count VI of the complaint.

13436842.1

*See* Def.'s Reply to Sunpower Corp.'s Resp. to Def.'s Mot. to Dismiss Count VI of Pl.'s Compl., *SunPower Corporation v. United States*, CIT Ct. No. 15-00067 (Sept. 21, 2015), ECF No. 53.

For the reasons set forth by Defendant United States, SolarWorld respectfully requests that the Court dismiss Count VI of SunPower's complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted.

Respectfully submitted,

/s/ Timothy C. Brightbill

Timothy C. Brightbill
Laura El-Sabaawi
Usha Neelakantan

**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel to SolarWorld Americas, Inc.*

Dated: September 21, 2015