IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>              Plaintiff,<br><br>and<br><br>CANADIAN SOLAR INC., *et al.*,<br><br>              Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>              Defendant,<br><br>and<br><br>SOLARWORLD AMERICAS, INC.,<br><br>              Defendant-Intervenor. | Court No. 15-00067<br><br>Before: Hon. Donald C. Pogue, Senior Judge |

## DEFENDANT-INTERVENOR'S RESPONSE TO SUNPOWER CORPORATION'S SEPTEMBER 18, 2015 SUBMISSION

Defendant-Intervenor SolarWorld Americas, Inc. ("SolarWorld") respectfully responds in opposition to SunPower Corporation's ("SunPower") submission in support of SunPower Corporation, Systems' ("SCS") status as an importer of record in the underlying antidumping duty investigation. *See* SunPower Corp.'s Affidavit in Support of SunPower Corp., Systems' Status As Importer of Record During Period of Investigation, *SunPower Corp., et al. v. United States*, Consol. Ct. No. 15-00067 (Sept. 18, 2015), ECF No. 51.

SolarWorld concurs with and adopts by reference the arguments set forth in Defendant United States' response to SunPower's submission. *See* Def.'s Response to SunPower Corp.'s

**CIT Ct. No. 15-00067**

Sept. 18, 2015 Submission, *SunPower Corp., et al. v. United States*, Consol. Ct. No. 15-00067 (Sept. 29, 2015), ECF No. 55.

For the reasons set forth by Defendant United States, SolarWorld respectfully submits that SCS is not an "interested party" within the meaning of 19 U.S.C. § 1677(9)(A), and, as a result, the Court does not possess jurisdiction to entertain SCS's claims.

Respectfully submitted,

/s/ Timothy C. Brightbill

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Usha Neelakantan, Esq.

**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel to SolarWorld Americas, Inc.*

Dated: September 29, 2015

2