UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION, *et al.*,<br><br>       Plaintiffs,<br><br>           v.<br><br>UNITED STATES,<br><br>       Defendant. | Before: Donald C. Pogue,<br>          Senior Judge<br><br>Consol. Court No. 15-00067[1] |

ORDER

Upon consideration of Plaintiff SunPower Corporation's ("SunPower") submission,[2] Defendant's response thereto,[3] and Plaintiff's Reply,[4] it is hereby

ORDERED that, on or before October 23, 2015, SunPower shall "prepare and execute a formal affidavit consistent with the statutory authority cited by Defendant, as well as this Court's Rules," as offered in their Reply.[5] This affidavit should establish the affiant's "personal knowledge," should "set out facts that would be admissible in evidence," and should "show that the affiant or declarant is competent to testify on

---

[1] This action is consolidated with Court Nos. 15-00071, 15-00083, 15-00087, 15-00088, and 15-00089. Order, July, 1, 2015, ECF No. 31.

[2] ECF Nos. 51 (conf. ver.) & 52 (pub. ver.), characterized by Plaintiff as "SunPower Corporation's affidavit in support of SunPower Corporation, Systems' status as importer of record during period of investigation," id. at 1, and by Defendant as a "submission pertaining to SunPower Corporation, Systems' status as an importer of record," Def.'s Resp. to SunPower Corp.'s Sept. 18, 2015 Submission, ECF Nos. 55 (conf. ver.) & 56 (pub. ver.) ("Def.'s Resp."), at 1.

[3] Def.'s Resp., ECF Nos. 55 & 56, at 4-5 (arguing, in part, that the purported affidavit "neither states that the facts contained in the affidavit are true, nor acknowledges that SunPower was signing the affidavit 'under penalty of perjury'") (citing 28 U.S.C. § 1746).

[4] SunPower Corp.'s Reply to Def.'s and Def.-Intervenor's Resp. to SunPower Corp.'s Sept. 18, 2015 Submission, ECF No. 62.

[5] Id. at 3.

the matters stated." USCIT Rule 56(c)(4) (defining the requirements of an affidavit); see 28 U.S.C. § 1746. The affiant should be clear as to which information presented to Commerce on the administrative record sufficed to put Commerce on notice of SunPower Corporation, Systems' status as an interested party.

              IT IS SO ORDERED.

                              /s/ Donald C. Pogue
                              Donald C. Pogue, Senior Judge


Dated: October 9, 2015
       New York, NY