UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION ET AL. )<br><br>Consolidated Plaintiffs )<br><br>v. )<br><br>UNITED STATES )<br><br>Defendant )<br><br>and )<br><br>SOLARWORLD AMERICAS, INC. )<br><br>Defendant-Intervenor. ) | Consol. Court No. 15-00067<br><br>Before: Hon. Donald C. Pogue,<br>Senior Judge<br><br>PUBLIC VERSION |

## SUNPOWER CORPORATION'S FORMAL AFFIDAVIT IN SUPPORT OF SUNPOWER CORPORATION, SYSTEMS' STATUS AS IMPORTER OF RECORD DURING PERIOD OF INVESTIGATION

In accordance with the Court's Order, dated October 9, 2015, CM/ECF No. 63,

SunPower Corporation ("SunPower"), by and through its counsel, K&L Gates LLP, hereby

submits affidavits in accordance with 28 U.S.C. §1746 and U.S. Court of International Trade

Rule 56(c)(4) in support of its assertion that SunPower Corporation, Systems acted as the

importer of record in connection with customs entries of Chinese-assembled crystalline silicon

photovoltaic modules during the April 1, 2013 through September 30, 2013 period of

investigation for the antidumping duty investigation giving rise to the above-captioned action.

These affidavits supplement the "affidavit" submitted on behalf of SunPower on September 18,

2015, which was directed by the Court during a telephone conference, dated September 15, 2015.

CM/ECF Nos. 51 and 52.

As detailed in the Affidavits set forth at **Appendices I - II**, and in the accompanying numbered exhibits, SunPower Corporation, Systems was identified to U.S. Customs and Border Protection ("CBP") as the importer of record in connection with several entries made during the period of investigation and, therefore, is the entity responsible for the payment of any duties, including any antidumping duties, taxes, or fees in connection with these entries. These entries were placed on the administrative record in connection with the underlying investigation and represented as entries for which SunPower Corporation, Systems was the importer of record. *See Supplement to SunPower Corporation's Entry of Appearance* (Mar. 31, 2014); AD PR 263 and AD CR 201. As such, we believe these entries sufficed to put the Department on notice of SunPower Corporation, Systems' status as an interested party.

Insofar as SunPower Corporation, Systems acted as the importer of record of subject merchandise during the relevant period of investigation, SunPower Corporation, Systems, as noted above, is an "interested party" within the meaning of 19 U.S.C. § 1677(9)(A). In addition, because factual information was presented to the Department of Commerce ("Department") on behalf of SunPower Corporation, Systems in connection with SunPower's February 13, 2014 response to the Department's Quantity and Value Questionnaire, SunPower Corporation, Systems also is a "party to the proceeding" within the meaning of 19 C.F.R. § 351.102(b)(36), a position which SunPower believes was acceded to by Defendant United States during the September 15, 2015 telephone conference with SunPower's counsel. Accordingly, even though SunPower Corporation, Systems did not make a formal entry of appearance in connection with the underlying antidumping duty investigation, SunPower Corporation, Systems, as an "interested party" and a "party to the proceeding," has the requisite standing to participate in this

appeal and is entitled to injunctive relief in connection with any of its entries affected by

antidumping duty deposit requirements.

Respectfully submitted,

Daniel J. Gerkin
Jerome J. Zaucha
K&L Gates LLP
1601 K Street, N.W.
Washington, DC
Tel.: (202) 778-9168
Fax: (202) 778-9100
*Counsel to SunPower Corporation*

October 23, 2015

# APPENDIX I

## AFFIDAVIT BY MICHAEL HOLLAND, SENIOR COUNSEL FOR SUNPOWER CORPORATION, IN SUPPORT OF SUNPOWER CORPORATION, SYSTEMS' STATUS AS IMPORTER OF RECORD DURING PERIOD OF INVESTIGATION

I, Michael Holland, Senior Counsel for SunPower Corporation, make the following statements under penalty of perjury:

1.  I, Michael Holland, am a resident of Austin, Texas.  I make this Affidavit based on my own personal knowledge.

2.  I, Michael Holland, am Senior Counsel for SunPower Corporation ("SunPower"), and in that capacity am responsible for overseeing SunPower's and affiliated entities' involvement in the antidumping duty investigation of *Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China* and related litigation at the U.S. Court of International Trade, including Consol. Court No. 15-00067.

### SunPower Corporation

3.  SunPower is an entity organized under Delaware law having its principal place of business at 77 Rio Robles, San Jose, CA 95134.

4.  SunPower's Importer Number, which is required to effect customs entries, is 94-300896900 (this also is SunPower's federal Tax Identification Number).  It is this number that is provided in Field 23 (Importer No.) of the entry summary on CBP Form 7501, which is the form required to be filed in connection with each entry, for Entry No. 201-9518558-1 (May 21, 2013).  The entry documentation for Entry No. 201-9518558-1 (May 21, 2013) was submitted to the Department in connection with SunPower's March 31, 2014 supplement to its entry of appearance in the underlying antidumping duty investigation, which is attached as **Exhibit 1**, and as Appendix A.1 to SunPower's March 31, 2014 Separate Rate Application.

1

**SunPower Corporation, Systems**

5.    SunPower Corporation, Systems also is an entity organized under Delaware law,

but has its principal place of business at 1414 Harbour Way South, Richmond, CA 94804.  As

depicted on the organizational chart attached as **Exhibit 2**, which shows the organizational

structure of SunPower and related entities both currently and during the April 1, 2013 through

September 30, 2013 period of investigation for the antidumping duty investigation giving rise to

the above-captioned action, SunPower Corporation, Systems is an indirect, wholly owned

subsidiary of SunPower.

6.    SunPower Corporation, Systems' Importer Number, which is required to effect

customs entries, is 20-824896200 (this also is SunPower Corporation, Systems' Federal Tax

Identification Number).  It is this number that is provided in Field 23 (Importer No.) of the entry

summaries on CBP Form 7501 for Entry Nos. 201-9399143-6 (June 18, 2013), 201-9399165-9

(July 19, 2013), and 201-9399161-8 (July 29, 2013), which were submitted to the Department as

Appendices A.2 - A.4 in connection with SunPower's March 31, 2014 Separate Rate Application

in the underlying antidumping duty investigation.  The entry summaries on CBP Form 7501, as

well as the accompanying bills of lading, commercial invoices, and packing lists for the these

three SunPower Corporation, Systems' entries, which were made during the April 1, 2013

through September 30, 2013 period of investigation for the antidumping duty investigation

giving rise to the above-captioned action, are attached as **Exhibits 3.1 - 3.3**: (i) Entry No. 201-

9399143-6 (June 18, 2013); (ii) Entry No. 201-9399165-9 (July 19, 2013); and (iii) Entry No.

201-9399161-8 (July 29, 2013).  SunPower Corporation, Systems was the importer of record for

each of these three entries.

7.     As noted above, the federal Tax Identification Number for SunPower

Corporation, Systems appears in Field 23 of the entry summaries on CBP Form 7501 appended

to SunPower's March 31, 2014 Separate Rate Application, which are attached as **Exhibits 3.1 -**

**3.3**. SunPower Corporation, Systems understands that CBP utilizes this number for purposes of

identifying the importer of record, which is the entity required to deposits duties, taxes, and fees

in connection with an entry, as well as ensuring that the importer of record is billed for increased

or additional duties, taxes, fees, and interest or appropriately receives refunds of excessive

duties, taxes, or fees.  Indeed, pursuant to 19 C.F.R. § 24.5, CBP requires the filing of CBP Form

5106 (Notification of Importer's Number) prior to any entries being made by an importer, a

blank copy of which is attached as **Exhibit 4**, so that it receives accurate federal Tax

Identification Number information.  SunPower Corporation, Systems has been unable to locate a

copy of the CBP Form 5106 prepared and executed by SunPower Corporation, Systems and

submitted to CBP prior to making the 2013 entries attached as **Exhibits 3.1 - 3.3**, but the

SunPower Corporation, Systems surety bond in effect during 2013, which references SunPower

Corporation, Systems' federal Tax Identification Number, is attached as **Exhibit 5**.  Also, a more

current CBP Form 5106, which was included in a new bond application for SunPower

Corporation, Systems, is attached as **Exhibit 6**.  Like the CBP Form 5106, the former bond and

recently executed bond both reference SunPower Corporation, Systems' federal Tax

Identification Number.  The recently executed bond is attached as **Exhibit 7**.  (Also please find

attached as **Exhibit 8** and **Exhibit 9**, respectively, the electronic CBP Form 5106 and surety

bond relating to SunPower, which imports merchandise under its own federal Tax Identification

Number.)

8.      SunPower Corporation, Systems entered into an arrangement with a licensed customhouse broker and appointed the broker as its agent to effectuate the 2013 entries attached as **Exhibits 3.1 - 3.3** whereby the broker, Agility Logistics Corporation ("Agility"), filed the entry documents and paid any customs duties, taxes, or fees to CBP on behalf of SunPower Corporation, Systems and then separately invoiced SunPower Corporation, Systems for reimbursement of the amounts paid on behalf of SunPower Corporation, Systems.  Please find the Power of Attorney executed by SunPower Corporation, Systems attached as **Exhibit 10**.  The invoices issued by Agility to SunPower Corporation, Systems in connection with each of the entries attached as **Exhibits 3.1 - 3.3** are attached as **Exhibits 11.1 - 11.3**.  The invoices reference the relevant entry numbers and the amounts invoiced correlate to the "Total Other Fees" section of Field 36 (Total Entered Value) on each respective entry summary.

9.      In addition to identifying SunPower Corporation, Systems as the importer of record by its federal Tax Identification Number in Field 23 of the entry summaries on CBP Form 7501 attached as **Exhibits 3.1 - 3.3**, the entry summaries state "SAME" in Field 22 (Consignee No.), meaning that the federal Tax Identification Number for the consignee is the same as that for the importer of record.  Indeed, the instructions for completing CBP Form 7501, which are attached as **Exhibit 12**, specifically direct that when "the consignee number is the same as the importer of record number, the word 'SAME' may be used in lieu of repeating the importer of record number."  SunPower Corporation, Systems properly was identified as the consignee on the bills of lading included among the documents attached as **Exhibits 3.1 - 3.3**.  In addition, the entry summaries leave Field 24 (Reference No.) blank.  According to CBP's instructions, Field 24 should include "the IRS EIN, SSN, or CBP assigned number of the individual or firm to whom refunds, bills, or notices of extension or suspension of liquidation are to be sent (*if other*

4

*than the importer of record* and only when a CBP Form 4811 is on file)." (emphasis supplied). By leaving Field 24 blank, SunPower Corporation, Systems notified CBP that SunPower Corporation, Systems, as both the importer of record and consignee, was the party to whom refunds or bills were to be sent.

10.     Although SunPower Corporation, Systems clearly was identified by its federal Tax Identification Number on the relevant entry summaries as the importer of record and the consignee and was identified by name as the consignee on the relevant bills of lading accompanying the entry summary, Field 26 (Importer of Record Name and Address) of the entry summary filed on behalf of SunPower Corporation, Systems by its broker, Agility, erroneously referred to "SunPower Corporation USA," but with the correct physical address for SunPower Corporation, Systems.  There is no entity within the SunPower organizational structure having the name "SunPower Corporation USA."  Despite the incorrect name reference, as detailed above, SunPower Corporation, Systems' broker was directed to make the entries on behalf of SunPower Corporation, Systems as the importer of record, and SunPower Corporation, Systems understands the broker, Agility, believed it was making the entries on behalf of SunPower Corporation, Systems, and that CBP also understood the entries were being made on behalf of SunPower Corporation, Systems.

11.     In light of the above, SunPower Corporation, Systems it is clear that, notwithstanding the incorrect reference to "SunPower Corporation USA" in Field 26 of the relevant entry summaries, SunPower Corporation, Systems has been identified to CBP as being, and CBP considers SunPower Corporation, Systems to be, responsible for the payment of customs duties, including any antidumping duties, taxes, and fees for the entries as the importer of record.

\*        \*        \*

I, Michael Holland, Senior Counsel for SunPower Corporation, hereby declare under penalty of perjury that the foregoing is true and correct.

Michael Holland
Senior Counsel
SunPower Corporation

# EXHIBIT 1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 2

# CONFIDENTIAL EXHIBIT

# EXHIBIT 3.1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 3.2

# CONFIDENTIAL EXHIBIT

# CONFIDENTIAL EXHIBIT

# EXHIBIT 3.3

# EXHIBIT 4

Approved OMB NO. 1651-0064
Exp. 03-31-2014
See back of form for Paperwork Reduction Act Notice.

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**IMPORTER ID INPUT RECORD**
19 CFR 24.5

**1. TYPE OF ACTION** *(Mark all applicable)*

☐ Notification of importer's number          ☐ Change of address*

☐ Change of name*          ☐ Check here if you also want your address updated in the Fines, Penalties, and Forfeitures Office

*NOTE--If a continuous bond is on file, a rider must accompany this change document.

**2. IMPORTER NUMBER** *(Fill in one format):--*

| 2A. I.R.S. Number | 2B. Social Security Number |
|---|---|
|  |  |

2C. ☐ Check here if requesting a CBP-assigned number and indicate reason(s). *(Check all that apply.)*   ☐ I have no IRS No.   ☐ I have no Social Security No.   ☐ I have not applied for either number.   ☐ I am not a U.S. resident

2D. CBP-Assigned Number

3. Importer Name

4. DIV/AKA/DBA
☐ DIV   ☐ AKA   ☐ DBA

5. DIV/AKA/DBA Name

6. Type

☐ Corporation   ☐ Partnership   ☐ Sole Proprietorship   ☐ Individual   ☐ U.S. Government   ☐ State/Local Governments   ☐ Foreign Governments

7. Importer Mailing Address *(2 32-character lines maximum)*

| 8. City | 9. State Code | 10. ZIP |
|---|---|---|
|  |  |  |

11. Country ISO Code *(Non-U.S. Only)*

12. Importer Physical Location Address *(2 32-character lines maximum, see instructions)*

| 13. City | 14. State Code | 15. ZIP |
|---|---|---|
|  |  |  |

16. Country ISO Code *(Non-U.S. Only)*

17a. Has importer ever been assigned a CBP Importer Number using the **same** name as in Block 3?

☐ No   ☐ Yes *(List number(s) and/or name(s) in Block 17c.)*

17b. Has importer ever been assigned a CBP Importer Number using a name **different** from that in Block 3?

☐ No   ☐ Yes *(List number(s) and/or name(s) in Block 17c.)*

17c. If "Yes" to 17a and/or 17b, list number(s) and/or name(s)

I CERTIFY: That the information presented herein is correct; that if my Social Security Number is used it is because I have no IRS Employer Number, that if my CBP assigned number is used it is because I have neither a Social Security Number nor an IRS Employer Number, that if none of these numbers is used, it is because I have none, and my signature constitutes a request for assignment of a number by CBP.

18. Printed or Typed Name and Title

19. Telephone No. Including Area Code

20. Signature

X

21. Date

22. Broker Use Only

*Previous Editions are Obsolete*

CBP Form 5106 (05/13)

**PAPERWORK REDUCTION ACT STATEMENT:** An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0064. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

**PRIVACY ACT STATEMENT:** Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974, notice is hereby given that 19 CFR 24.5 authorizes the disclosure of Social Security numbers (SSN) on the CBP Form 5106. The principal purpose for disclosure of the Social Security number is to assure maintenance of records that have a high degree of usefulness in regulatory investigations or proceedings. The information collected may be provided to those officers and employees of the CBP and any constituent unit of the Department of the Homeland Security who have a need for the records in the performance of their duties. The records may be referred to any department or agency of the federal government upon the request of the head of such department or agency. The authority to collect the SSN is 31 CFR 103.25. The SSN will be used to identify the individuals conducting business with the CBP.

**BLOCK 1 - TYPE OF ACTION**
*Notification of Importer's Number - Check this box if you are a first time importer, using an importer number for the first time, or if you have not engaged in CBP business within the last year.*

*Change of Name - Check this box if this importer number is on file but there is a change in the name on file.*

*Change of Address - Check this box if this importer number is on file but there is a change in the address on file.*

**BLOCK 2 - IMPORTER**

2A   *-IRS Number - Complete this block if you are assigned an Internal Revenue Service employer identification number.*

2B   *-Social Security Number - Complete this block if no Internal Revenue Service employer identification number has been assigned. The Social Security number should belong to the principal or owner of the company or the individual who represents the importer of record.*

2C   *-Requesting a CBP Assigned Number - Complete this block if no Internal Revenue Service employer identification number has been assigned, or no Social Security number has been assigned. If this box is checked, all corresponding boxes in 2C must also be marked. PLEASE NOTE: A CBP Assigned Number is for CBP use only and does not replace a Social Security number or Internal Revenue Service employer identification number. In general, a CBP Assigned Number will only be issued to foreign businesses or individuals, provided no IRS or Social Security number exists for the applicant. If Block 2C is completed, this form must be submitted in duplicate. CBP will issue an Assigned Number and return a copy of the completed form with the Assigned Number to the requester. This identification number will be used for all future CBP transactions when an importer number is required. If an Internal Revenue Service employer identification number and/or a Social Security number are obtained after an importer number has been assigned by CBP, the importer will continue to use the assigned number unless otherwise instructed.*

2D   *-CBP Assigned Number - Complete this block if you are assigned a CBP Assigned Number but there is an Action change (Block 1).*

**BLOCK 3 - IMPORTER NAME**
If the name is an individual, input the last name, first name, and middle initial. Business names should be input first name first.

**BLOCK 4 - DIV/AKA/DBA**
Complete this block if an importer is a division of another company (DIV), is also known under another name (AKA), or conducts business under another name (DBA).

**BLOCK 5 - DIV/AKA/DBA NAME**
Complete this block only if Block 4 is used.

**BLOCK 6 - TYPE OF COMPANY**
Check applicable box. *Please Note:* Place an "X" after U.S. Gov't **only** for a U.S. federal government department, agency, bureau or office. All federal agencies are assigned I.R.S. numbers which should be used for any CBP transactions by that agency.

**BLOCK 7 - IMPORTER MAILING ADDRESS**
This block must always be completed. It may or may not be the importer's business address. Insert a post office box or a street number representing the first line of the importer's mailing address (up to 32 characters). For a U.S. or Canadian mailing address, additional mailing address information may be inserted (up to 32 characters). If a P.O. box number is given for the mailing address, a second address (physical location) must be provided in Block 12.

**BLOCK 8 - CITY**
Insert the city name of the importees mailing address.

**BLOCK 9 - STATE**
For a U.S. mailing address, insert a valid 2-position alphabetic U.S. state postal code (see list below). For a Canadian mailing address, insert a 2-character alphabetic code representing the province of the importer's mailing address (see list below).

**BLOCK 10 - ZIP CODE**
For a U.S. mailing address, insert a 5 or 9 digit numeric ZIP code as established by the U.S. Postal Service. For a Canadian mailing address, insert a Canadian postal routing code. For a Mexican mailing address, leave blank. For all other foreign mailing addresses, a postal routing code may be inserted.

**BLOCK 11 -COUNTRY ISO CODE**
For a U.S. mailing address, leave blank. For any foreign mailing address, including Canada and Mexico, insert a 2 character alphabetic International Standards Organization (ISO) code representing the country. Please Note: Valid ISO codes may be found in Annex B of the Harmonized Tariff Schedule of the United States; Customs Directive 099 5610-002, "Standard Guidelines for the Input of Names and Addresses into ACS Files"; or CBP Form 7501 Instructions".

**BLOCK 12 - SECOND IMPORTER ADDRESS**
If the importer's place of business is the same as the mailing address, leave blank. If different from the mailing address, insert the importer's business address in this space. A second address representing the importer's place of business is to be provided if the mailing address is a post office box or drawer.

**BLOCK 13 - CITY**
Insert the city name for the importer's business address.

**BLOCK 14 - STATE**
For a U.S. address, insert a 2 character alphabetic U.S. state postal code (see list below). For a Canadian address, insert a 2 character alphabetic code representing the province of the importer's business address (see list below).

**BLOCK 15 - ZIP CODE**
For a U.S. business address, insert a 5 or 9 digit numeric ZIP code as established by the U.S. Postal Service. For a Canadian address, insert a Canadian postal routing code. For a Mexican address, leave blank. For all other foreign addresses, postal routing code may be inserted.

**BLOCK 16 - COUNTRY ISO CODE**
For a U.S. address, leave blank. For any foreign address, including Canada and Mexico, insert a 2 character alphabetic ISO code representing the country.

**BLOCK 17 - PREVIOUSLY ASSIGNED CUSTOMS IMPORTER NUMBER**
Indicate whether or not importer has previously been assigned a CBP Importer Number under the same name or a different name. If "Yes" to either question, list name(s) and/or number(s) in Block 17c.

### OFFICIAL UNITED STATES POSTAL SERVICE TWO-LETTER STATE AND POSSESSION ABBREVIATIONS

| | | | |
|---|---|---|---|
| AL | Alabama | MT | Montana |
| AK | Alaska | NE | Nebraska |
| AZ | Arizona | NV | Nevada |
| AR | Arkansas | NH | New Hamsphire |
| AS | American Samoa | NJ | New Jersey |
| CA | California | NM | New Mexico |
| CO | Colorado | NY | New York |
| CT | Connecticut | NC | North Carolina |
| DE | Delaware | ND | North Dakota |
| DC | Distric of Columbia | MP | Northern Mariana Islands |
| FM | Federated States of Micronesia | OH | Ohio |
| FL | Florida | OK | Oklahoma |
| GA | Georgia | OR | Oregon |
| GU | Guam | PW | Palau |
| HI | Hawaii | PA | Pennsylvania |
| ID | Idaho | PR | Puerto Rico |
| IL | Illinios | RI | Rhode Island |
| IN | Indiana | SC | South Carolina |
| IA | Iowa | SD | South Dakota |
| KS | Kansas | TN | Tennessee |
| KY | Kentucky | TX | Texas |
| LA | Louisiana | UT | Utah |
| ME | Maine | VT | Vermont |
| MH | Marshall Islands | VA | Virginia |
| MD | Maryland | VI | Virgin Islands |
| MA | Massachusetts | WA | Washington |
| MI | Michigan | WV | West Virginia |
| MN | Minnesota | WI | Wisconsin |
| MS | Mississippi | WY | Wyoming |
| MO | Missouri | | |

### OFFICIAL TWO-LETTER CANADIAN PROVINCE CODES

| | | | |
|---|---|---|---|
| AB | Alberta | NS | Nova Scotia |
| BC | British Columbia | ON | Ontario |
| MB | Manitoba | PE | Prince Edward Island |
| NB | New Brunswick | QC | Quebec |
| NL | Newfoundland (Incl. Labrador) | SK | Saskatchewan |
| NT | Northwest Territories | YT | Yukon Territory |

# **EXHIBIT 5**

# CONFIDENTIAL EXHIBIT

# CONFIDENTIAL EXHIBIT

# EXHIBIT 6

# EXHIBIT 7

# CONFIDENTIAL EXHIBIT

# EXHIBIT 8

# CONFIDENTIAL EXHIBIT

# EXHIBIT 9

# CONFIDENTIAL EXHIBIT

# EXHIBIT 10

# CONFIDENTIAL EXHIBIT

# EXHIBIT 11.1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 11.2

# CONFIDENTIAL EXHIBIT

# EXHIBIT 11.3

# CONFIDENTIAL EXHIBIT

# EXHIBIT 12

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**CBP FORM 7501 INSTRUCTIONS**
(Updated July 24, 2012)

## BLOCK 1) ENTRY NUMBER

Record the 11 digit alphanumeric code.  The entry number is comprised of the three digit filer code, followed by the seven digit entry number, and completed with the one digit check digit.

Entry Filer Code represents the three-character alphanumeric filer code assigned to the filer or importer by CBP.

Entry Number represents the seven-digit number assigned by the filer.  The number may be assigned in any manner convenient, provided that the same number is not assigned to more than one CBP Form 7501.  Leading zeros must be shown.

Check digit is computed on the previous 10 characters.  The formula for calculating the check digit can be found in Appendix 1.

## BLOCK 2) ENTRY TYPE

Record the appropriate entry type code by selecting the two-digit code for the type of entry summary being filed.  The first digit of the code identifies the general category of the entry (i.e., consumption = 0, informal = 1, warehouse = 2).  The second digit further defines the specific processing type within the entry category.  The following codes shall be used:

| | |
|---|---|
| Consumption Entries | |
| Free and Dutiable | 01 |
| Quota/Visa | 02 |
| Antidumping/Countervailing Duty (AD/CVD) | 03 |
| Appraisement | 04 |
| Vessel Repair | 05 |
| Foreign Trade Zone Consumption | 06 |
| Quota/Visa and AD/CVD combinations | 07 |
| Duty Deferral | 08 |
| Informal Entries | |
| Free and Dutiable | 11 |
| Quota Other than textiles | 12 |
| Warehouse Entries | |
| Warehouse | 21 |
| Re-Warehouse | 22 |
| Temporary Importation Bond | 23 |

Trade Fair                                                24
Permanent Exhibition                                      25
Foreign Trade Zone Admission                             26
Warehouse Withdrawal
For Consumption                                          31
Quota/Visa                                               32
AD/CVD                                                   34
Quota/Visa and AD/CVD combinations                      38
Government Entries
Defense Contract Management Command (DCMAO NY)
Military Only (P99 filer)                                51
Any U.S. Federal Government agency
(other than DCMAO NY)                                    52
Note: When the importer of record of emergency war
materials is not a government agency, entry type codes
01, 02, 03, etc., as appropriate, are to be used.
Transportation Entries
Immediate Transportation                                 61
Transportation and Exportation                           62
Immediate Exportation                                    63

Automated Broker Interface (ABI) processing requires an ABI status indicator. This indicator must be recorded in the entry type code block. It is to be shown for those entry summaries with ABI status only, and must be shown in one of the following formats:

ABI/S = ABI statement paid by check or cash
ABI/A = ABI statement paid via Automated Clearinghouse (ACH)
ABI/P = ABI statement paid on a periodic monthly basis
ABI/N = ABI summary not paid on a statement

Note: Either a slash (/) or hyphen (-) may be used to separate ABI from the indicator (i.e., ABI/S or ABI-S).

A "LIVE" entry is when the entry summary documentation is filed at the time of entry with estimated duties. Warehouse withdrawals are always considered "LIVE" entries. When a "LIVE" entry/entry summary is presented, an additional indicator is required to be shown in the following formats:

ABI/A/L = ABI statement paid via ACH for a "live" entry/entry summary
ABI/N/L = ABI "live" entry/entry summary not paid on a statement
"LIVE" or "L" = non-ABI "live" entry/entry summary

## BLOCK 3) SUMMARY DATE

Record the month, day, and year (MM/DD/YYYY) on which the entry summary is filed with CBP.  The record copy of the entry summary will be time stamped by the filer at the time of presentation of the entry summary.  In the case of entry summaries submitted on an ABI statement, only the statement is required to be time stamped.

This block should not be printed or typed prior to presentation of the entry/entry summary.  Use of this field is optional for ABI statement entries.  The time stamp will serve as the entry summary date.

The filer will record the proper team number designation in the upper right portion of the form above this block (three-character team number code).  For ABI entry summaries, the team number is supplied by CBP's automated system in the summary processing output message.

## BLOCK 4) SURETY NO.

Record the three digit numeric code that identifies the surety company on the Customs Bond.  This code can be found in block 7 of the CBP Form 301, or is available through CBP's automated system to ABI filers, via the importer bond query transaction.  For U.S. Government importations and entry types not requiring surety, code 999 should appear in this block.  When cash or Government securities are used in lieu of surety, use code 998.

## BLOCK 5) BOND TYPE

Record the single digit numeric code as follows:

> 0 - U.S. Government or entry types not requiring a bond
> 8 - Continuous
> 9 - Single Transaction

Bond type "0" should be used in conjunction with surety code "999" for government entries secured by stipulation as provided for in 19 C.F.R. § 10.101(d).

Bond type "8" or "9," as appropriate, should be used in conjunction with surety code "998" when cash or government securities are deposited in lieu of surety.

Bond type "9" should be used in conjunction with surety code "999" when surety has been waived in accordance with 19 C.F.R. § 142.4 (c).  A single entry bond should be attached to the entry summary package.

## BLOCK 6) PORT CODE

Record the U.S. port code utilizing the Schedule D, Customs District and Port Codes, listed in Annex C of the Harmonized Tariff Schedule (HTS). The port is where the merchandise was entered under an entry or released under an immediate delivery permit. Use the following format: DDPP (no spaces or hyphens).

## BLOCK 7) ENTRY DATE

Record the month, day, and year (MM/DD/YYYY) on which the goods are released, except for immediate delivery, quota goods, or where the filer requests another date prior to release (see 19 C.F.R. § 141.68). It is the responsibility of the filer to ensure that the entry date shown for entry/entry summaries is the date of presentation (i.e., the time stamp date). The entry date for a warehouse withdrawal is the date of withdrawal.

## BLOCK 8) IMPORTING CARRIER

For merchandise arriving in the U.S. by vessel, record the name of the vessel that transported the merchandise from the foreign port of lading to the first U.S. port of unlading. Do not record the vessel identifier code in lieu of the vessel name. Pursuant to General Statistical Note 1 (a) (ii) of the HTS, the reporting of the vessel flag is not required. For merchandise arriving in the U.S. by air, record the two digit IATA alpha code corresponding to the name of the airline which transported the merchandise from the last airport of foreign lading to the first U.S. airport of unlading.

If the carrier file does not contain a specific air carrier's code, write the designation "*C" for Canadian airlines, "*F" for other foreign airlines, and "*U" for U.S. airlines.

These designations should be used only for unknown charter and private aircraft. When a private aircraft is being entered under its own power (ferried), the designation "**" will be used.

For merchandise arriving in the U.S. by means of transportation other than vessel or air, leave blank.

Do not record the name of a domestic carrier transporting merchandise after initial lading in the U.S.

For merchandise arriving in the customs territory from a U.S. Foreign Trade Zone (FTZ), insert "FTZ" followed by the FTZ number. Use the following format: FTZ NNNN

## BLOCK 9) MODE OF TRANSPORT

Record the mode of transportation by which the imported merchandise entered the U.S. port of arrival from the last foreign country utilizing the following two digit numeric codes:

10 - Vessel, non-container (including all cargo at first U.S. port of unlading aboard a vessel regardless of later disposition; lightered, land bridge and LASH all included). If container status unknown, but goods did arrive by vessel, use this code.
11 - Vessel, container
12 - Border, Waterborne (used in cases where vessels are used exclusively to ferry automobiles, trucks, and/or rail cars, carrying passengers and baggage and/or cargo and merchandise, between the U.S. and a contiguous country).
20 - Rail, non-container
21 - Rail, container
30 - Truck, non-container
31 - Truck, container
32 - Auto
33 - Pedestrian
34 - Road, other
40 - Air, non-container
41 - Air, container
50 - Mail
60 - Passenger, hand-carried
70 - Fixed transport installation (includes pipelines, powerhouse, etc.)

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

## BLOCK 10) COUNTRY OF ORIGIN

Record the country of origin utilizing the International Organization for Standardization (ISO) country code located in Annex B of the HTS.

The country of origin is the country of manufacture, production, or growth of any article. If the article consists of material produced, derived from, or processed in more than one foreign territory or country, or insular possession of the U.S., it shall be considered a product of that foreign territory or country, or insular possession, where it last underwent a substantial transformation. For reporting purposes only on the CBP Form 7501, whenever merchandise has been returned to the U.S. after undergoing repair, alteration, or assembly under HTS heading 9802, the country of origin should be shown as the country in which the repair, alteration, or assembly was performed.

When merchandise is invoiced in or exported from a country other than that in which it originated, the actual country of origin shall be specified rather than the country of invoice or exportation.
When an entry summary covers merchandise from more than one country of origin, record the word "MULTI" in this block. In column 27, directly below the line number, prefixed with the letter "O," indicate the ISO code corresponding to each line item.

Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

- **Special Note for Goods of Canadian Origin**

The ISO country code "CA" for Canada for goods of Canadian Origin will no longer be reported as a country of origin.  As of May 15, 1997, the Canadian Province codes will replace the code "CA".

The following conditions in which the "CA" is acceptable, in addition to the Province Codes:

1. Withdrawals of goods from warehouses for consumption.

2. Entries of goods from Foreign Trade Zones into the Commerce of the U.S.

3. Informal entries.

4. Imports of Canadian origin arriving from countries other than Canada.

5. Cargo selectivity entries not certified from entry summary, i.e. full cargo selectivity entries provided with entry data only or border cargo selectivity entries.

6. Data elements intended specifically for other government agencies, e.g. FDA , DOT, and EPA which only allow "CA" to be used as the origin code.

Additional information related to reporting the correct ISO country code for goods of Canadian Origin can be found in CSMS#97-000267 and 02-000071 .

## BLOCK 11) IMPORT DATE

For merchandise arriving in the U.S. by vessel, record the month, day, and year (MM/DD/YYYY) on which the importing vessel transporting the merchandise from the foreign country arrived within the limits of the U.S. port with the intent to unlade.

For merchandise arriving in the U.S. other than by vessel, record the month, day, and year (MM/DD/YYYY) in which the merchandise arrived within the U.S. port limits.

For merchandise entering the customs territory for consumption from a U.S. FTZ, in compliance with 19 C.F.R. § 146.63, if the import date is not the date of removal from the zone, leave blank.

For merchandise moving from a U.S. FTZ to a bonded warehouse in the customs territory, in compliance with 19 C.F.R. § 146.64, report the month, day, and year (MM/DD/YYYY) of importation.

## BLOCK 12) BILL OF LADING (B/L) OR AIR WAYBILL (AWB) NUMBER

Record the number assigned on the manifest by the international carrier delivering the goods to the U.S.

Each B/L number for vessel or rail shipments must conform to a unique format comprised of 2 elements. The first element comprises the first four characters of the unique bill number, and is the Standard Carrier Alpha Code (SCAC) of the bill's issuer. The second element may be any length up to a maximum 12 characters and may be alpha and/or numeric.  Use the following format: ABCD1234567

If multiple bills are associated with an entry summary, list additional B/L or AWB numbers across the top of column 28 or on a separate attachment.

## BLOCK 13) MANUFACTURER ID (MID)

This block is provided to accommodate the manufacturer/shipper identification code. This code identifies the manufacture/shipper of the merchandise by a constructed code. The method for deriving the code can be found in Appendix 2.  For the purposes of this code, the manufacturer should be construed to refer to the invoicing party or parties (manufacturers or other direct suppliers).  The name and address of the invoicing party, whose invoice accompanies the CBP entry, should be used to construct the MID.  The manufacturer/shipper identification code is required for all entry summaries and entry/entry summaries, including informal entries, filed on the CBP Form 7501.

For textile shipments, the manufacturer should be construed to refer to the actual manufacturer in accordance with 19 CFR 102.23(a) and the Appendix to 19 CFR Part 102 -- Textile and Apparel Manufacturer Identification.

Non-textile shipments may use the invoicing party or parties (manufacturers or other direct suppliers).

When an entry summary covers merchandise from more than one manufacturer, record the word "MULTI" in this block.  In column 28, indicate the MID Code corresponding to each line item. If there is more than one vendor for a particular HTS number, separate line items will be required for each MID.

## BLOCK 14) EXPORTING COUNTRY

Record the exporting country utilizing the ISO country code located in Annex B of the HTS.

The country of exportation is the country of which the merchandise was last part of the commerce and from which the merchandise was shipped to the U.S. without contingency of diversion.

When an entry summary covers merchandise from more than one country of export, record the word "MULTI" in this block. In column 27, directly below the line number, prefixed with the letter "E," indicate the ISO code corresponding to each line item. Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

For merchandise entering the customs territory from a U.S. FTZ, if multiple countries of export are involved, indicate the country of export with the greatest value. In the case where the merchandise is U.S. goods returned and the filer opts to pay the duty and report only the Chapter 1 - 97 HTS number, report the country of invoice or exportation. Country of export U.S. will not be acceptable when country of origin is U.S.

## BLOCK 15) EXPORT DATE

For merchandise exported by vessel, record the month, day, and year (MM/DD/YYYY), on which the carrier departed the last port in the exporting country.

For merchandise exported by air, record the month, day, and year (MM/DD/YYYY), on which the aircraft departed the last airport in the exporting country.

For overland shipments from Canada or Mexico and shipments where the port of lading is located outside the exporting country (e.g., goods are exported from Switzerland but laden and shipped from Hamburg, Germany), record the month, day, and year (MM/DD/YYYY), that the goods crossed the border of the exporting country (Switzerland in this example).

For mail shipments, record the month, day, and year (MM/DD/YYYY) of export as noted on the Notice to Addressee, CBP Form 3509.

For goods entering the customs territory from a U.S. FTZ, leave blank.

When an entry summary covers merchandise with more than one date of export, record the word "MULTI" in this block. In column 27, directly below the line number, indicate the date corresponding to each line item. Where line items are segregated by invoice, indicate the date corresponding to each invoice.

For textile merchandise, refer to additional requirements listed under VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE in Column 33(d) instructions.

**BLOCK 16) IMMEDIATE TRANSPORTATION (IT) NUMBER**

Record the IT number obtained from the CBP Form 7512, AWB number from the Transit Air Cargo Manifest (TACM), or Automated Manifest System (AMS) master in-bond (MIB) movement number.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

If merchandise moves on an IT into a U.S. FTZ, the IT number need not be recorded on the CBP Form 7501 when the merchandise is removed from the zone.

**BLOCK 17) IT DATE**

Record the month, day, and year (MM/DD/YYYY), obtained from the CBP Form 7512, TACM, or AMS MIB record.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

Note: IT date cannot be prior to import date.

**BLOCK 18) MISSING DOCUMENTS**

Record the appropriate document code number(s) to indicate documents not available at the time of filing the entry summary.  A maximum of two codes may be used.  The bond charge should be made on the entry summary only for those documents required to be filed with the entry summary.

The following codes shall be used:

    01 - Commercial Invoice
    10 - CBP FORM 5523 (19 C.F.R. § 141.89) (Optional for footwear)
    16 - Corrected Commercial Invoice (19 C.F.R. § 141.89, et al)
    17 - Other Agency Form (19 C.F.R. § Part 12)
    19 - Scale weight
    21 - Coffee Form O
    22 - Chemical Analysis
    23 - Outturn Report
    26 - Packing List (19 C.F.R. § 141.86(e))
    98 - Not Specified Above

    99- If three or more documents are missing, record the code number for the first document and insert code "99" to indicate more than one additional document is missing.

If a document has been waived prior to entry summary filing or is not required at time of entry summary, it should not be recorded as a missing document.

Be aware that the following forms cannot be waived and filers shall be obligated to file the forms within the appropriate time limits:

    14 – Lease Statements (19 C.F.R. § 10.108)
    15 – Re Melting Certificate (19 C.F.R. § 54.6(a))
    18 – Duty Free Entry Certificate (19 C.F.R. § 10.102; 9808.00.3000)
    20 – End Use Certificate (19 C.F.R. § 10.138)

## BLOCK 19) FOREIGN PORT OF LADING

For merchandise arriving in the U.S. by vessel, record the five digit numeric code listed in the "Schedule K" (Classification of Foreign Ports by Geographic Trade Area and Country) for the foreign port at which the merchandise was actually laden on the vessel that carried the merchandise to the U.S. The "Schedule K" may be retrieved at: http://www.iwr.usace.army.mil/ndc/wcsc/scheduleK/schedulek.htm

If the actual port name is not provided, use the code for "all other ports" for the country in which the merchandise was laden on the vessel that carried the merchandise to the U.S.

When an entry summary covers merchandise with more than one foreign port of lading, record the word "MULTI" in this block. In column 27, directly below the line number, indicate the code corresponding to each line item. When line items are segregated by invoice, indicate the code corresponding to each invoice.

When merchandise is transported by a mode of transportation other than vessel, leave blank.

For merchandise entering the customs territory from a U.S. FTZ, leave blank.

## BLOCK 20) U.S. PORT OF UNLADING

Record the U.S. port code where the merchandise was unladen from the importing vessel, aircraft or train. Do not show the name of the port instead of the numeric code.

For merchandise arriving in the U.S. by means of transportation other than vessel, rail or air, leave blank.

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

## BLOCK 21) LOCATION OF GOODS/General Order (GO) Number

Where the entry summary serves as entry/entry summary, record the pier or site where the goods are available for examination.  For air shipments, record the flight number. Where the Facilities Information and Resources Management (FIRMS) codes are available, they must be used in lieu of pier/site.

Where the entry summary is used for merchandise that has been placed in GO, record the number assigned by CBP in the following format: G.O. NNNNNNNNNNNN

Where the entry summary is used for merchandise placed in a bonded warehouse, record the name and the FIRMS code of the bonded warehouse where the goods will be delivered.

## BLOCK 22) CONSIGNEE NUMBER

Record the Internal Revenue Service (IRS) Employee Identification Number (EIN), Social Security Number (SSN), or CBP assigned number of the consignee.  This number must reflect a valid identification number filed with CBP via the CBP Form 5106 or its electronic equivalent. When the consignee number is the same as the importer of record number, the word "SAME" may be used in lieu of repeating the importer of record number.

Only the following formats shall be used:

> IRS EIN NN-NNNNNNN
> IRS EIN with suffix NN-NNNNNNNXX
> SSN NNN-NN-NNNN
> CBP assigned number YYDDPP-NNNNN

For consolidated shipments, enter zeros in this block in the IRS EIN format shown above (i.e., 00-0000000).  The reporting of zeros on the entry summary is limited to consolidated shipments and consolidated entry summaries.

## BLOCK 23) IMPORTER NUMBER

Record the IRS EIN, SSN, or CBP assigned number of the importer of record.  Proper format is listed under the instructions for Consignee Number.

## BLOCK 24) REFERENCE NUMBER

Record the IRS EIN, SSN, or CBP assigned number of the individual or firm to whom refunds, bills, or notices of extension or suspension of liquidation are to be sent (if other

than the importer of record and only when a CBP Form 4811 is on file). Proper format is listed under the instructions for Consignee Number. Do not use this block to record any other information.

## BLOCK 25) ULTIMATE CONSIGNEE NAME AND ADDRESS

At the time of Entry Summary, record the name and address of the individual or firm purchasing the merchandise or, if a consigned shipment, to whom the merchandise is consigned. If those parties are not known, indicate to whose premises the merchandise is being shipped. If this information is the same as the importer of record, leave blank.

Note: For express consignment shipments and land border shipments, at the time of Entry Summary, record the name and address of the individual or firm for whose account the merchandise is shipped. The account of party is the actual owner, who is holder of title to the goods.

In the space provided for indicating the state, report the ultimate state of destination of the imported merchandise, as known at the time of entry summary filing. If the contents of the shipment are destined to more than one state or if the entry summary represents a consolidated shipment, report the state of destination with the greatest aggregate value. If in either case, this information is unknown, the state of the ultimate consignee, or the state where the entry is filed, in that order, should be reported. However, before either of these alternatives is used, a good faith effort should be made by the entry filer to ascertain the state where the imported merchandise will be delivered. In all cases, the state code reported should be derived from the standard postal two-letter state or territory abbreviation.

On a warehouse withdrawal, the original warehouse entry number should be recorded at the bottom of this block.

## BLOCK 26) IMPORTER OF RECORD NAME AND ADDRESS

Record the name and address, including the standard postal two-letter state or territory abbreviation, of the importer of record. The importer of record is defined as the owner or purchaser of the goods, or when designated by the owner, purchaser, or consignee, a licensed customs broker. The importer of record is the individual or firm liable for payment of all duties and meeting all statutory and regulatory requirements incurred as a result of importation, as described in 19 C.F.R. § 141.1(b). The importer of record shown on the invoice should be the same party on the CBP Form 7501, unless the CBP form reflects a licensed customs broker.

**COLUMN 27) LINE NUMBER**

Record the appropriate line number, in sequence, beginning with the number 001.

A "line number" refers to a commodity from one country, covered by a line which includes a net quantity, entered value, HTS number, charges, rate of duty and tax. However, some line numbers may actually include more than one HTS number and value. For example, many items in Chapter 98 of the HTS require a dual HTS number. Articles assembled abroad with U.S. components require the HTS number 9802.00.80 along with the appropriate reporting number of the provision in Chapters 1 through 97.

Also, many items in Chapter 91 of the HTS require as many as four HTS numbers. Watches classifiable under subheading 9101.11.40, for example, require that the appropriate reporting number and duty rate be shown separately for the movement, case, strap, band or bracelet, and battery. A separate line item is also required for each commodity that is the subject of a Customs binding ruling. Proper format is listed under the instructions for HTS number.

Where a reporting number is preceded by an alpha character designating a special program (i.e., NAFTA = "CA" or "MX"; GSP = "A"), that indicator is to be placed in column 27, directly below the line number. The special program indicator (SPI) should be right justified on the same line and immediately preceding the HTS number to which it applies. If more than one HTS number is required for a line item, place the SPI on the same line as the HTS number upon which the rate of duty is based. If more than one SPI is used, the primary indicator that establishes the rate of duty is shown first, followed by a period and the secondary SPI immediately following.

If "MULTI" was recorded in block(s) 10, 14, 15, and/or 19, the appropriate codes or dates are to be shown in column 27 below the SPI. See specific instructions for those items with multiple elements.

**COLUMN 28) DESCRIPTION OF MERCHANDISE**

A description of the articles in sufficient detail to permit the classification thereof under the proper statistical reporting number in the HTS should be reported at the top of column 28. The standard definitions from the CBP HTS database are acceptable for this requirement.

For a warehouse withdrawal, all copies of the CBP Form 7501 must be clearly marked "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of column 28, followed by the words "FINAL WITHDRAWAL" if applicable. Next will be the "Bonded Amount" (quantity in the warehouse account before the withdrawal), "Withdrawal" (quantity being withdrawn), and "Balance" (quantity remaining in warehouse after withdrawal), as required in 19 C.F.R. § 144.32(a).

Transfer of the right to withdraw the merchandise included on the CBP Form 7501 will be established by including the name, and hand-written or facsimile signature of the person primarily liable for payment of duties before the transfer is completed. This endorsement should be shown after the "Balance" in column 28. When there is deferred tax paid by electronic funds transfer (EFT), the following statement is required in this section:

> Electronic Funds Transfer (EFT)
> Tax Payment Deferred
> XXX Distillers, Inc.
> IRN: XX-XXXXXXX-XX
> ALC: ########
> EFT Payment Date: month/day

If the deferred tax will not be paid by EFT, the words "DEFERRED TAX" should show after the words "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of this block.

## COLUMN 29)

Do not record the column heading letters, only the required data in the proper format.

## A. HTS NUMBER

Record the appropriate full 10-digit HTS item number. This item number should be left justified. Decimals are to be used in the 10-digit number exactly as they appear in the HTS. Use the following format: 4012.11.4000

If more than one HTS number is required, follow the reporting instructions in the statistical head note in the appropriate HTS section or chapter.

Where an SPI is required for an HTS number, see Column 27 instructions.

For each item covered by a binding tariff classification ruling, report the ruling number (provided in the applicable ruling letter) directly below the HTS number of the appropriate line item. Precede the ruling number with the abbreviation "RLNG." For an item classified under the same tariff classification number but not specifically covered by the binding tariff classification ruling, provide a separate line item breakout for that item.

For those line items that require the reporting of more than one data element (i.e. category number and/or manufacturer identification number) in this same area, the hierarchy should be as follows:

> Category Number
> Manufacturer Identification Number

Ruling Number

The correct format for reporting a ruling number or pre-approval indicator are listed below, respectively:

RLNG 654321
INDCTR 356780

For sets, which are classifiable in accordance with GRI 3(b) or 3(c) of the HTS, report in column 30 the HTS number from which the rate of duty for the set is derived. Precede this number with an SPI of "X." Report with that part of the set so classified the total value, quantity and charges associated with the set, as well as all applicable duties, taxes, and fees, in the appropriate columns. In addition, each article in the set (including the article designated with a prefix of "X") should be reported on a separate line as if it were separately classified. Precede these HTS numbers with an SPI of "V." Report the quantity and value attributed to each article associated with the "V" SPI.

All other reporting requirements including, but not limited to, quota, visa, licensing, and other government agency requirements, should be reported along with the appropriate HTS number preceded with an SPI of "V." Both the "X" and "V" should be right justified in column 27, immediately preceding, and on the same line as the HTS number to which it applies.

## B. AD/CVD CASE NUMBER

Directly below the HTS number, indicate the appropriate AD/CVD case number(s), as assigned by the Department of Commerce, International Trade Administration. The following format shall be used:

A000-000-000 -or- A-000-000-000 (AD)
C000-000-000 -or- C-000-000-000 (CV)

Case numbers with a suffix of 000 (ex. A-000-000-000) should only be used when the manufacturer and/or exporter falls under the "All Other" or country wide provisions of the AD/CVD case.

The application of case numbers should follow this hierarchy under the following circumstances:

1. The exporter has its own rate, use the case assigned to the exporter;
2. The exporter does not have its own case, use the case assigned to the manufacturer/producer; OR the case assigned to the exporter/manufacturer combination; or
3. Neither the exporter nor the manufacturer/producer nor the exporter/manufacturer combination has its own case, use the "all others" case with a suffix of 000.

When bonding is permitted and used, record the phrase "Surety Code" and the surety number [e.g., (Surety Code #123)]. If cash or government securities are deposited in lieu of surety, record "Surety Code #998."

## C. CATEGORY NUMBER

Directly below the HTS number record the textile category for each separate line, as applicable.  Use the following format: CAT NNN

## D. OTHER FEES

Directly below the pertinent line information, on the same line as the applicable rate in column 33, identify any other fee, charge or exaction that applies.  Examples include the beef fee, honey fee, pork fee, cotton fee, harbor maintenance fee (HMF), sugar fee, and merchandise processing fee (MPF).  All fees, with the exception of the HMF, are to be reported at the line item level. The HMF may be shown either at the line item level or once at the bottom of column 29 on the first page of the summary.

## COLUMN 30)

Do not record the column heading letters, only the required data in the proper format.

## A. GROSS WEIGHT

Report gross shipping weight in kilograms for merchandise imported by ALL modes of transportation.  The gross weight must be reported on the same line as the entered value.

In cases where more than one value is shown on a line item, record the gross weight on the same line as the first tariff number for the line item.  Gross weight information must be provided for each line item.  If the gross weight is not available for each line item, the approximate shipping weight shall be estimated and reported.  The total of the estimated weights should equal the actual gross shipping weight.  For multi-line summaries, the grand total gross weight need not be shown.

In the case of containerized cargo carried in lift vans, cargo vans, or similar substantial outer containers, the weight of such container should not be included in the gross weight of the merchandise.

## B.  MANIFEST QUANTITY

Where the entry summary serves as entry/entry summary, indicate the manifest quantity reported on the B/L or AWB.
If multiple bills are associated with an entry/entry summary, indicate the manifest quantity reported on the B/L or AWB with the appropriate B/L or AWB number listed across the top of column 28.

## COLUMN 31) NET QUANTITY IN HTS UNITS

When a unit of measure is specified in the HTS for an HTS number, report the net quantity in the specified unit of measure, and show the unit of measure after the net quantity figure.  Record quantities in whole numbers for statistical purposes unless fractions of units are required for other CBP purposes.  Fractions must be expressed as decimals.

When an "X" appears in the column for units of quantity, no quantity is to be reported in column 31. (Gross weight must still be reported in Column 30.)

When two units of measure are shown for the same article, report the net quantity for both in the specified unit of measure.  The value of the article is to be reported with the first unit of measure unless a "V" follows the second which indicates the value of the article is to be reported with that unit of measure.

Example: Shipment consists of 50 dozen t-shirts, weighing 1 kg per dozen and valued at $10 per dozen.  Report as follows:

```
*****************************************************************
COLUMN 29              COLUMN 31              COLUMN 32
*****************************************************************
6205.20.2065           50 doz.                500
                       50 kgs.
*****************************************************************
```

## COLUMN 32)

Do not record the column heading letters, only the required data in the proper format.

## A.  ENTERED VALUE

Record the U.S. dollar value as defined in 19 U.S.C. § 1401a for all merchandise.

Record the value for each line item on the same line as the HTS number.

If the value required for assessment of AD/CVD is different from the entered value, record in parentheses the amount in this column, on the same line as the AD/CVD case

number and rate.  If the reported value is not the transaction value it should later be reported under a Reconciliation Entry (Type 09), if approved for reconciliation, or other alternate means.

Report the value in whole dollars rounded off to the nearest whole dollar (if the total entered value for a line item is less than 50 cents report as "0"). Dollar signs are omitted.

Report the total entered value for all line items in block 35.

## B.  CHARGES (CHGS)

Record the aggregate cost in U.S. dollars of freight, insurance and all other charges, costs and expenses incurred while bringing the merchandise from alongside the carrier at the port of exportation in the country of exportation and placing it alongside the carrier at the first U.S. port of entry. Do not include U.S. import duties. In the case of overland shipments originating in Canada or Mexico, such costs shall include freight, insurance, and all other charges, costs and expenses incurred in bringing the merchandise from the point of origin (where the merchandise begins its journey to the United States) in Canada or Mexico to the first U.S. port of entry.

This value shall be shown in whole numbers for each HTS number. It is to be placed beneath the entered value and identified with the letter 'C' (e.g., C550). Dollar signs are omitted.

Charges are not required to be reported for merchandise entered by mode of transportation code 60 (passenger, hand-carried)."

## C.  RELATIONSHIP

Record whether the transaction was between related parties, as defined in 19 C.F.R. § 152.102(g), by placing a "Y" in the column for related and an "N" for not related (the words "related" and "not related" may be used in lieu of "Y" or "N"). "Y" or "N" may be recorded once, at the top of column 32, when applicable to the entire entry summary or may be recorded with each line item below entered value and charges.  "Y" or "N" must be recorded with each line item when the relationship differs for line items.

## COLUMN 33)

Do not record the column heading letters, only the required data in the proper format.

## A.  HTS RATE

Record the rate(s) of duty for the classified item as designated in the HTS: free, ad valorem, specific, or compound.

| COLUMN 29 | COLUMN 33 |
|---|---|
| 6201.19.1010 | Free |
| 6201.19.9060 | 2.8% |

## B. AD/CVD RATE

Record the AD/CVD rate(s) as designated by the Department of Commerce, International Trade Administration, directly opposite the respective AD/CVD case number(s) shown in column 29.

## C. I.R.C. RATE

Record the tax rate(s) for the classified item as designated in the HTS, or record the CBP approved metric conversion tax rate.

If I.R. tax is deferred, precede I.R.C. rate with "DEF." Show the amount in column 34 and in block 38 but do not include in the "Total" in block 40.

Deferred I.R. tax under 26 U.S.C. § 5232(a) should be identified as "IRS DEF 5232(a)," at the bottom of columns 33 and 34 on the first page of the CBP Form 7501. The deferred I.R. tax amount should not be shown in column 34, block 38, or block 40.

## D. VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE

Record the letter "V" or "C" followed by the visa/certificate number associated with each line. Visa/certificate numbers are generally nine alphanumeric characters in length. The first character is numeric, the second and third character is alphabetic, and the fourth through the ninth character varies, depending on the trade agreement.

The first position of the visa/certificate represents either the year of export, the year for which the certificate is in effect (e.g. date of presentation), or a grouping such as those required for African Growth and Opportunity Act (AGOA) claims. The second and third positions represent the ISO country of origin code. The fourth through the ninth positions represent a unique number issued by the foreign government.

For specific information pertaining to formatting, refer to the Quota Book Transmittals (QBT) that are issued at the beginning of each quota period or to Textile Book Transmittals (TBT). The TBT is issued when new trade legislation or free trade agreements are implemented. These references can be found at http://www.cbp.gov/xp/cgov/import/textiles_and_quotas/

If merchandise is covered by more than one visa/certificate, then separate line items must be shown for each visa/certificate number. All visa numbers and those certificates

required to be eligible for a reduced rate of duty associated with a tariff rate quota must be recorded in column 33. The above instructions do not apply to agriculture licenses issued by the U.S. Department of Agriculture.

When the country of origin differs from the country of export and the visa/certificate is issued based on the date of export, or the quota is based on the date of export, report the date of export from the country of origin in column 33. The date of exportation from the exporting country will continue to be reported in block 15.

### E. AGRICULTURE LICENSE NUMBER

For merchandise subject to agriculture licensing, report the license number in column 33 directly below the tariff rate for that line item.

The license number will be in a ten-character format, including hyphens and spaces. The two acceptable formats are as follows:

>      (1) N-AA-NNN-N    or    (2) N-AB-NNN-N
>          (1-cc-234-5)             (1-c -234-5)

The letters N and A represent numeric and alpha characters respectively. The letter B represents a blank space. For format 1, the first position is the license type. The third and fourth positions are the commodity type code. Positions six through eight represent the license serial number. The tenth position is the license year. Positions two, five and nine are hyphens. Format 2 is identical to the above except position four is blank.

### BLOCK 34) DUTY AND I.R. TAX

Record the estimated duty, AD/CVD, I.R. tax, and any other fees or charges calculated by applying the rate times the dutiable value or quantity. The amount shown in this column must be directly opposite the appropriate HTS rate(s), AD/CVD rate, I.R. rate and other fees or charges. This includes those instances where bonding is permitted for AD/CVD. Where bonding is accomplished, enclose the AD/CVD amounts in parentheses. Where I.R. tax is deferred under 26 U.S.C. § 5232(a), leave blank. (See instructions for column 33.) Dollar signs are omitted.

### OTHER FEE SUMMARY FOR BLOCK 39

For entries subject to payment of AD/CVD and/or any of the various fees, each applicable fee must be indicated in this area, and the individual amount of each fee must be shown on the corresponding line. AD/CVD amounts are to be included in the summary only when they are actually deposited. Bonded amounts should not be included. The Block 39 Summary must be on the first page if the entry summary consists of more than one page.

The applicable collection code must be indicated on the same line as the fee or other charge or exaction.  Report the fees in the format below:

| | |
|---|---|
| AD | 012 |
| CVD | 013 |
| Tea Fee | 038 |
| Misc. Interest | 044 |
| Beef Fee | 053 |
| Pork Fee | 054 |
| Honey Fee | 055 |
| Cotton Fee | 056 |
| Pecan Fee | 057 |
| Sugar Fee | 079 |
| Potato Fee | 090 |
| Mushroom Fee | 103 |
| Watermelon | 104 |
| Blueberry Fee | 106 |
| Avocado | 107 |
| Mango | 108 |
| Informal Entry MPF | 311 |
| Dutiable Mail Fee | 496 |
| Merchandise Processing Fee (MPF) | 499 |
| Manual Surcharge | 500 |
| Harbor Maintenance Fee (HMF) | 501 |

There is no de minimis collection for the MPF.  There is an established minimum and maximum due on each formal entry, release or withdrawal from warehouse for consumption.  Report the actual MPF due unless the perspective amount due is less than the established minimum (record the minimum), or exceeds the established maximum (record the maximum).

There is a de minimis on the HMF if it is the only payment due on the entry summary.  If such is the case, HMF of $3 or less will not be collected.  The grand total user fee in this block should be reported as the total fee amount of all line items, but the amount in block 39 should be reported as $0.

Goods originating under a Free Trade Agreement (FTA) may be exempt from MPF. To obtain this exemption, the importer must indicate the appropriate SPI for each HTS number in Column 27.

**BLOCK 35) TOTAL ENTERED VALUE**

Report the total entered value for all line items.  This information is required on all entry summaries.

**BLOCK 36) DECLARATION OF IMPORTER OF RECORD OR AUTHORIZED AGENT**

Select the appropriate boxes as it relates to your circumstances as an importer or agent.

**BLOCK 37) DUTY**

Record the total estimated duty paid (excluding AD/CVD).

**BLOCK 38) TAX**

Record the total estimated tax paid, including any amount deferred (except tax deferred under 26 U.S.C. § 5232(a)).

**BLOCK 39) OTHER**

Record the total estimated AD/CVD or other fees, charges or exactions paid. Do not show AD/CVD amounts that were bonded.  The amounts shown in block 39 of the summary should reflect the amounts actually being paid.

**BLOCK 40) TOTAL**

Record the sum of blocks 37, 38, and 39.  Do not include any I.R. deferred tax shown in column 34 and block 38.  Do not include any AD/CVD that has been bonded.

If no duty, tax, or other charges apply to the transaction, record "0" in this block.

HMF is required to be paid on all warehouse entry summaries (type 21), but is not due on re-warehouse (type 22) entries.

**BLOCK 41) DECLARANT NAME, TITLE, SIGNATURE AND DATE**

Record the name, job title, and signature of the owner, purchaser, or agent who signs the declaration.  Record the month, day, and year (MM/DD/YYYY), when the declaration is signed.

When the entry summary consists of more than one page, the signature of the declarant, title, and date must be recorded on the first page.

Certification is the electronic equivalent of a signature for data transmitted through ABI. This electronic (facsimile) signature must be transmitted as part of the entry summary data.

## BLOCK 42) BROKER/FILER INFORMATION

This block is reserved for a broker or filer name, address and phone number.

## BLOCK 43) BROKER/IMPORTER FILE NO.

This block is reserved for a broker or importer internal file or reference number.
## PREPARATION OF ENTRY DOCUMENTS

The filer must submit entry documents for both entry summaries and entry/entry summaries in an ordered manner.  To ensure uniformity in this matter, entry documents are to be arranged in the following order:

> Check
> Statistical copy (Non-ABI only)
> Collection copy (non-statement)
> Certification
> Record Copy
> CBP Form 3461 or Alt.
> Single entry bond, when applicable
> Invoice
> Packing List
> Other Agency Documents

All documents should be stapled together in the upper left-hand corner by the filer of the entry summary or entry/entry summary.

A minimum of two copies of a warehouse withdrawal for consumption, CBP Form 7501, will be presented (importer's copy and permit copy).   If not paying via ACH, a cashier's copy is also required.  Non-ABI submissions must include a fourth copy for statistical purposes. If deferred tax is involved, at least one extra copy of the CBP Form 7501 must be included.

## SUMMARY OF ENTERED VALUE/CURRENCY CONVERSION

The summary of entered value and currency conversion (if appropriate) may be shown on a worksheet attached to the entry summary or across column 28. On a multi-page entry summary, show the summary of entered values on the last page following the last line item.

If a filer prepares line items by invoice (i.e., group line items by invoice), the summary may be prepared with values for each invoice in lieu of a grand summation at the end of the entry summary.

## INFORMAL ENTRY

Informal entries may be made on the CBP Form 7501. The following blocks are to be completed for informal entries where applicable: [1, 2, 6, 8, 10, 11, 12, 14, 16, 17, 23, 26, 27, 28, 29A, 30A, 30B, 31, 32A, 33A, 33C, 34, 35, 36, 37, 38, 39, 40, and 41]. For ABI transmissions, blocks 9,15, and, 20 are also required.

When goods are released on a CBP Form 3461 and subsequently followed up by an informal entry summary (CBP Form 7501), the entry date (date of release) must be shown in block 7 on the CBP Form 7501.

Block 21, Location of Goods, will be filled in only if merchandise has been placed in a general order warehouse.

No statistical copy of the CBP Form 7501 is required for an informal entry summary.

## APPRAISEMENT ENTRY

When the CBP Form 7501 is used as an appraisement entry as, defined in 19 C.F.R. § 143.11, the following declaration requesting appraisement under 19 U.S.C. §1498(a)(10), should be added to the body of the CBP Form 7501 or attached on top as follows:

> I hereby request appraisement under 19 U.S.C. §1498(a)(10). I declare, to the best of my knowledge and belief, that this entry and the documents presented therewith set forth all the information in my possession, or in the possession of the owner of the merchandise described herein, as to the cost of such merchandise; that I am unable to obtain any further information as to the value of the said merchandise or to determine its value for the purpose of making formal entry thereof; that the information contained in this entry and in the accompanying documents is true and correct; and that the person(s) named above is the owner of the same merchandise.

> Signature
> Title

> To the Port Director: The merchandise described above has been examined and the contents and values are noted above.

> CBP Officer
> Date

## DELIMITERS FOR LINE ITEMS

A solid line, broken line, or a blank line to facilitate the processing of the entry summary must separate each line item on the CBP Form 7501 and continuation sheet.

## ADDITIONAL DATA ELEMENTS

Filers of the CBP Form 7501 may, on their own initiative, provide additional or clarifying information on the form provided such additional information does not interfere with the reporting of those required data elements.  Such additional or clarifying information may be placed in any location on the form solely at the discretion of the filer provided it does not interfere with any required data element.  In such instances, CBP will not mandate what the additional information may be or where it is to be placed on the form.

Invoices may be separately identified in the body of the CBP Form 7501 and the continuation sheet across column 28 followed by the line items appropriate to that invoice.

## WAREHOUSE WITHDRAWAL

If the warehouse withdrawal is for the personal use of diplomatic, consular, other privileged personnel, or for public international organizations, the CBP Form 7501 must clearly state "WAREHOUSE WITHDRAWAL FOR DIPLOMATIC USE" at the top of Column 28, followed by the words "DS Form 1504 Attached."

Blanket permits may be issued to withdraw (1) merchandise from duty-free stores for exportation, (2) merchandise for diplomatic use, and (3) merchandise for aircraft or vessel supply.

Applications for Blanket Permits shall be filed in triplicate on the CBP Form 7501.  The words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW" must be printed in capital letters or stamped in the top margin.

Withdrawal for blanket permits shall bear the words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW."  When the last withdrawal under a blanket permit is filed, the words "LAST WITHDRAWAL UNDER BLANKET PERMIT" shall be depicted on the CBP Form 7501.

## REWAREHOUSE ENTRY

Where the CBP Form 7501 is filed as a rewarehouse entry, blocks 8, 12, 19 and 20 are not required to be completed.

## NAFTA DUTY DEFERRAL

The CBP Form 7501 is used to file a NAFTA Duty Deferral claim (entry type 08). Refer to the Duty Deferral Handbook or contact the local CBP Office for complete instructions on how to complete the form for Duty Deferral purposes.

## CONSOLIDATED ENTRY SUMMARY

Where the CBP Form 7501 entry summary covers more than one release, (19 C.F.R. § 142.17) report each entry or release number separately, followed by the associated line item number and information.

## TEMPORARY IMPORTATION UNDER BOND (TIB) ENTRY

TIB Entry Summaries (type 23) are processed in CBP's automated system after review for TIB eligibility. The data required to be reported on a TIB entry summary are the same as those usually reported on a regular consumption entry. Also, 19 C.F.R. § 10.31(a)(3) identifies additional information that is required to be shown on a TIB entry summary. As a reminder, merchandise that is normally subject to quota, either on consumption entries or on withdrawals from warehouse for consumption, is also subject to quota when entered on a TIB.

**Appendix 1**

**CHECK DIGIT COMPUTATION FORMULA**

Check digits are computed from the filer code and transaction numbers (the first 7 digits of the entry number).  Entry filer codes containing alpha characters must be transformed to a numeric equivalent prior to computing the check digit.  The numeric equivalent for each alpha charter is as follows:

| | | | |
|---|---|---|---|
| A=1 | H=8 | O=6 | U=4 |
| B=2 | I=9 | P=7 | V=5 |
| C=3 | J=1 | Q=8 | W=6 |
| D=4 | K=2 | R=9 | X=7 |
| E=5 | L=3 | S=2 | Y=8 |
| F=6 | M=4 | T=3 | Z=9 |
| G=7 | N=5 | | |

Example: Entry filer code B76 would transform to 276 for check digit computation purposes.

A. Using entry filer code B76 (276) and a transaction number 0324527 as an example, the check digit is computed as follows:

Number for which check digit will be computed is: 2760324527

B.  Start the calculation process by multiplying every other position by 2.  (Essentially, all even positions will be multiplied by 2.)

*Note: High order zeros are a significant element in the computation process and must be included in the transaction number.  If the result of the multiplication is greater than 9, add 1 to the sum, but disregard the digit in the tens column.

```
   7      0      2      5      7
          x2     x2     x2     x2     x2          (Multiply by 2)
  14      0      4     10     14
  +1            +1            +1     +1           (Add 1 if total is greater than 9.)
  ----   ----   ----   ----   ----
  15  +   0  +   4  +  11  +  15                  (Disregard digit in the tens column)
```

C.  Add results 5+0+4+1+5=**15**

D.  Total all odd positions starting at the beginning 2760324527
2+6+3+4+2=**17**

E.  Add the sums from steps C and D.     15+17 = 32

F.  Subtract the units digit (last digit) derived in step E (32) from 10.  The result is the check digit .    10 - 2 = **8**

G.  Normally, the result of the arithmetic will be a single digit.  In instances when the units digit subtracted from the sum in step E is a 0, the check digit will be 0.

The resulting entry number from the example would be shown as follows:

B76-0324527-8

## CHECK DIGIT COMPUTATION FORMULA

Using the entry number R07-1010035, this chart was used to compute the check digit:

|   | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | ? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 9 | 6 | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | |
| B | | X 2 | | X 2 | | X 2 | | X 2 | | X 2 | |
| | | 1 2 | | 2 | | 2 | | 0 | | 10 | |
| * | | + 1 | | + 0 | | + 0 | | + 0 | | + 1 | |
| C | | 3 | + | 2 | + | 2 | + | 0 | + | 1 | 8 |
| D | 9 | + | 7 | + | 0 | + | 0 | + | 3 | = | + 19 |
| E | | | | | | | | | | | 27 |
| F | | | | | | | | | | | 10 |
| | | | | | | | | | | | - 7 |
| G | | | | | | | | | | | 3 |
| | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | 3 |

## CHECK DIGIT FACTOR

There are some filers who are authorized to use a check digit factor of 1 or higher. Essentially, the check digit factor is provided to filers who have exhausted the check digits for their filer code.  The check digit factor allows the filer to compute the check digit then add one or two for the new check.  When authorized, the check digit factor is posted to the filer's national filer maintenance record.

For example, if a filer has been authorized to use a check digit factor of 1, using the example above, B76-0324527-8, the check digit (8) would be changed to (9).

The Office of Field Operations, Trade Compliance and Facilitation, Broker Management Branch authorizes the Check Digit Factor.

**Appendix 2**

**RULES FOR CONSTRUCTING THE MANUFACTURER IDENTIFICATION CODE**

These instructions provide for the construction of an identifying code for a manufacturer or shipper from its name and address.  The code can be up to 15 characters in length, with no inserted spaces.

To begin, for the first 2 characters, use the ISO code for the actual country of origin of the goods.  The exception to this rule is Canada.  "CA" is NOT a valid country for the manufacturer code; instead, show as one of the appropriate province codes listed below:

| | |
|---|---|
| ALBERTA | XA |
| BRITISH COLUMBIA | XC |
| MANITOBA | XM |
| NEW BRUNSWICK | XB |
| NEWFOUNDLAND (LABRADOR) | XW |
| NORTHWEST TERRITORIES | XT |
| NOVA SCOTIA | XN |
| NUNAVUT | XV |
| ONTARIO | XO |
| PRINCE EDWARD ISLAND | XP |
| QUEBEC | XQ |
| SASKATCHEWAN | XS |
| YUKON TERRITORY | XY |

Next, use the first three characters from the first two "words" of the name.  If there is only one "word" in the name, then use only the first three characters from the first name. For example, Amalgamated Plastics Corp. would be "AMAPLA;" Bergstrom would be "BER."

If there are two or more initials together, treat them as a single word.  For example, A.B.C. Company or A B C Company would yield "ABCCOM."  O.A.S.I.S. Corp. would yield "OASCOR."  Dr. S.A. Smith yields "DRSA," Shavings B L Inc. yields "SHABL."

In the manufacturer name, ignore the English words a, an, and, of, and the.  For example, "The Embassy of Spain" would yield "EMBSPA."

Portions of a name separated by a hyphen are to be treated as a single word.  For example, "Rawles-Aden Corp." or "Rawles – Aden Corp." would both yield "RAWCOR."

Some names will include numbers.  For examples, "20th Century Fox" would yield "20TCEN" and "Concept 2000" yields "CON200."

Some words in the title of the foreign manufacturer's name should not be used for the purpose of constructing the MID. For example, most textile factories in Macau start with the same words, "Fabrica de Artigos de Vestuario" which means "Factory of Clothing." For a factory named "Fabrica de Artigos de Vestuario JUMP HIGH Ltd," the portion of the factory name that identifies it as a unique entity is "JUMP HIGH." This is the portion of the name that should be used to construct the MID. Otherwise, all of the MIDs from Macau would be the same, using "FABDE," which is incorrect.

Similarly, many factories in Indonesia begin with the prefix PT, such as "PT Morich Indo Fashion." In Russia, other prefixes are used, such as "JSC," "OAO," "OOO," and "ZAO." These prefixes should be eliminated for the purpose of constructing the MID.

Next, find the largest number on the street address line and use up to the first four numbers. For example, "11455 Main Street Suite 9999" would yield "1145." A suite number or a post office box should be used if it contains the largest number. For example, "232 Main Street Suite 1234" would yield "1234." If the numbers in the street address are spelled out, such as "One Thousand Century Plaza," there will be no numbers in this section of the MID. However, if the address is "One Thousand Century Plaza Suite 345," this would yield "345."

When commas or hyphens separate numbers, ignore all punctuation and use the number that remains. For examples, "12,34,56 Alaska Road" and "12-34-56 Alaska Road" would yield "1234." When numbers are separated by a space, the space is a delimiter and the larger of the two numbers should be selected. For example, "Apt. 509 2727 Cleveland St." yields "2727."

Finally, use the first three alpha characters from the city name. "Tokyo" would be "TOK," "St. Michel" would be "STM," "18-Mile High" would be "MIL," and "The Hague" would be "HAG." Notice that numerals in the city line are to be ignored.

For city-states, use the country name to compose the first three alpha characters. For examples, Hong Kong would be "HON," Singapore would be "SIN," and Macau would be "MAC."

General Rules:
Ignore all punctuation, such as commas, periods, apostrophes and ampersands. Ignore all single character initials, such as the "S" in "Thomas S. Delvaux Company." Ignore leading spaces in front of any name or address.

Listed below are examples of manufacturer names and addresses and their MID codes:

LA VIE DE FRANCE
243 Rue de la Payees
62591 Bremond, France

FRLAVIE243BRE

20TH CENTURY TECHNOLOGIES
5 Ricardo Munoz, Suite 5880
Caracas, Venezuela

VE20TCEN5880CAR

THE E.K. RODGERS COMPANIES
One Hawthorne Lane
London, England SW1Y5HO

GBEKRODLON

THE GREENHOUSE
45 Royal Crescent
Birmingham, Alabama 35204

USGRE45BIR

CARDUCCIO AND JONES
88 Canberra Avenue
Sidney, Australia

AUCARJON88SID

N. MINAMI & CO., LTD.
2-6, 8-Chome Isogami-Dori
Fukiai-Ku
Kobe, Japan

JPMINCO26KOB

BOCCHACCIO S.P.A.
Visa Mendotti, 61
8320 Verona, Italy

ITBOCSPA61VER

MURLA-PRAXITELES INC.
Athens, Greece

GRMURINCATH

SIGMA COY E.X.T.
4000 Smyrna, Italy
1640 Delgado

ITSIGCOY1640SMY

COMPANHIA TEXTIL KARSTEN
Calle Grande, 25-27
67890 Lisbon, Portugal

PTKAR2527LIS

HURON  LANDMARK
1840 Huron Road
Windsor, ON, Canada N9C 2L5

XOHURLAN1840WIN

<u>APPENDIX II</u>

<u>**AFFIDAVIT BY EARVIN CHIANG, SENIOR LOGISTICS MANAGER FOR SUNPOWER CORPORATION, IN SUPPORT OF SUNPOWER CORPORATION, SYSTEMS' STATUS AS IMPORTER OF RECORD DURING PERIOD OF INVESTIGATION**</u>

I, Earvin Chiang, Senior Logistics Manager for SunPower Corporation, make the following statements under penalty of perjury:

1.      I, Earvin Chiang, am a resident of San Ramon, California.  I make this Affidavit based on my own personal knowledge.

2.      I, Earvin Chiang, am Senior Logistics Manager for SunPower Corporation ("SunPower"), and in that capacity am responsible for managing SunPower's and affiliated entities' customs entry and associated processes, including in connection with the antidumping duty investigation of *Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China*.

**<u>SunPower Corporation</u>**

3.      SunPower is an entity organized under Delaware law having its principal place of business at 77 Rio Robles, San Jose, CA 95134.

4.      SunPower's Importer Number, which is required to effect customs entries, is 94-300896900 (this also is SunPower's federal Tax Identification Number).  It is this number that is provided in Field 23 (Importer No.) of the entry summary on CBP Form 7501, which is the form required to be filed in connection with each entry, for Entry No. 201-9518558-1 (May 21, 2013). The entry documentation for Entry No. 201-9518558-1 (May 21, 2013) was submitted to the Department in connection with SunPower's March 31, 2014 supplement to its entry of

appearance in the underlying antidumping duty investigation, which is attached as **Exhibit 1**, and

as Appendix A.1 to SunPower's March 31, 2014 Separate Rate Application.

**SunPower Corporation, Systems**

5.      SunPower Corporation, Systems also is an entity organized under Delaware law,

but has its principal place of business at 1414 Harbour Way South, Richmond, CA 94804.  As

depicted on the organizational chart attached as **Exhibit 2**, which shows the organizational

structure of SunPower and related entities both currently and during the April 1, 2013 through

September 30, 2013 period of investigation for the antidumping duty investigation giving rise to

the above-captioned action, SunPower Corporation, Systems is an indirect, wholly owned

subsidiary of SunPower.

6.      SunPower Corporation, Systems' Importer Number, which is required to effect

customs entries, is 20-824896200 (this also is SunPower Corporation, Systems' Federal Tax

Identification Number).  It is this number that is provided in Field 23 (Importer No.) of the entry

summaries on CBP Form 7501 for Entry Nos. 201-9399143-6 (June 18, 2013), 201-9399165-9

(July 19, 2013), and 201-9399161-8 (July 29, 2013), which were submitted to the Department as

Appendices A.2 - A.4 in connection with SunPower's March 31, 2014 Separate Rate Application

in the underlying antidumping duty investigation.  The entry summaries on CBP Form 7501, as

well as the accompanying bills of lading, commercial invoices, and packing lists for the these

three SunPower Corporation, Systems' entries, which were made during the April 1, 2013

through September 30, 2013 period of investigation for the antidumping duty investigation

giving rise to the above-captioned action, are attached as **Exhibits 3.1 - 3.3**: (i) Entry No. 201-

9399143-6 (June 18, 2013); (ii) Entry No. 201-9399165-9 (July 19, 2013); and (iii) Entry No.

201-9399161-8 (July 29, 2013).  SunPower Corporation, Systems was the importer of record for each of these three entries.

7.      As noted above, the federal Tax Identification Number for SunPower Corporation, Systems appears in Field 23 of the entry summaries on CBP Form 7501 appended to SunPower's March 31, 2014 Separate Rate Application, which are attached as **Exhibits 3.1 - 3.3**.  SunPower Corporation, Systems understands that CBP utilizes this number for purposes of identifying the importer of record, which is the entity required to deposits duties, taxes, and fees in connection with an entry, as well as ensuring that the importer of record is billed for increased or additional duties, taxes, fees, and interest or appropriately receives refunds of excessive duties, taxes, or fees.  Indeed, pursuant to 19 C.F.R. § 24.5, CBP requires the filing of CBP Form 5106 (Notification of Importer's Number) prior to any entries being made by an importer, a blank copy of which is attached as **Exhibit 4**, so that it receives accurate federal Tax Identification Number information.  SunPower Corporation, Systems has been unable to locate a copy of the CBP Form 5106 prepared and executed by SunPower Corporation, Systems and submitted to CBP prior to making the 2013 entries attached as **Exhibits 3.1 - 3.3**, but the SunPower Corporation, Systems surety bond in effect during 2013, which references SunPower Corporation, Systems' federal Tax Identification Number, is attached as **Exhibit 5**.  Also, a more current CBP Form 5106, which was included in a new bond application for SunPower Corporation, Systems, is attached as **Exhibit 6**.  Like the CBP Form 5106, the former bond and recently executed bond both reference SunPower Corporation, Systems' federal Tax Identification Number.  The recently executed bond is attached as **Exhibit 7**.  (Also please find attached as **Exhibit 8** and **Exhibit 9**, respectively, the electronic CBP Form 5106 and surety

3

bond relating to SunPower, which imports merchandise under its own federal Tax Identification

Number.)

8.      SunPower Corporation, Systems entered into an arrangement with a licensed

customhouse broker and appointed the broker as its agent to effectuate the 2013 entries attached

as **Exhibits 3.1 - 3.3** whereby the broker, Agility Logistics Corporation ("Agility"), filed the

entry documents and paid any customs duties, taxes, or fees to CBP on behalf of SunPower

Corporation, Systems and then separately invoiced SunPower Corporation, Systems for

reimbursement of the amounts paid on behalf of SunPower Corporation, Systems.  Please find

the Power of Attorney executed by SunPower Corporation, Systems attached as **Exhibit 10**.  The

invoices issued by Agility to SunPower Corporation, Systems in connection with each of the

entries attached as **Exhibits 3.1 - 3.3** are attached as **Exhibits 11.1 - 11.3**.  The invoices

reference the relevant entry numbers and the amounts invoiced correlate to the "Total Other

Fees" section of Field 36 (Total Entered Value) on each respective entry summary.

9.      In addition to identifying SunPower Corporation, Systems as the importer of

record by its federal Tax Identification Number in Field 23 of the entry summaries on CBP Form

7501 attached as **Exhibits 3.1 - 3.3**, the entry summaries state "SAME" in Field 22 (Consignee

No.), meaning that the federal Tax Identification Number for the consignee is the same as that

for the importer of record.  Indeed, the instructions for completing CBP Form 7501, which are

attached as **Exhibit 12**, specifically direct that when "the consignee number is the same as the

importer of record number, the word 'SAME' may be used in lieu of repeating the importer of

record number."  SunPower Corporation, Systems properly was identified as the consignee on

the bills of lading included among the documents attached as **Exhibits 3.1 - 3.3**.  In addition, the

entry summaries leave Field 24 (Reference No.) blank.  According to CBP's instructions, Field

24 should include "the IRS EIN, SSN, or CBP assigned number of the individual or firm to whom refunds, bills, or notices of extension or suspension of liquidation are to be sent (*if other than the importer of record* and only when a CBP Form 4811 is on file)." (emphasis supplied). By leaving Field 24 blank, SunPower Corporation, Systems notified CBP that SunPower Corporation, Systems, as both the importer of record and consignee, was the party to whom refunds or bills were to be sent.

      10.     Although SunPower Corporation, Systems clearly was identified by its federal Tax Identification Number on the relevant entry summaries as the importer of record and the consignee and was identified by name as the consignee on the relevant bills of lading accompanying the entry summary, Field 26 (Importer of Record Name and Address) of the entry summary filed on behalf of SunPower Corporation, Systems by its broker, Agility, erroneously referred to "SunPower Corporation USA," but with the correct physical address for SunPower Corporation, Systems.  There is no entity within the SunPower organizational structure having the name "SunPower Corporation USA."  Despite the incorrect name reference, as detailed above, SunPower Corporation, Systems' broker was directed to make the entries on behalf of SunPower Corporation, Systems as the importer of record, and SunPower Corporation, Systems understands the broker, Agility, believed it was making the entries on behalf of SunPower Corporation, Systems, and that CBP also understood the entries were being made on behalf of SunPower Corporation, Systems.

      11.     In light of the above, SunPower Corporation, Systems it is clear that, notwithstanding the incorrect reference to "SunPower Corporation USA" in Field 26 of the relevant entry summaries, SunPower Corporation, Systems has been identified to CBP as being,

and CBP considers SunPower Corporation, Systems to be, responsible for the payment of customs duties, including any antidumping duties, taxes, and fees for the entries as the importer of record.

*       *       *

I, Earvin Chiang, Senior Logistics Manager for SunPower Corporation, hereby declare under penalty of perjury that the foregoing is true and correct.

Earvin Chiang
Senior Logistics Manager
SunPower Corporation

# EXHIBIT 1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 2

# CONFIDENTIAL EXHIBIT

# EXHIBIT 3.1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 3.2

# CONFIDENTIAL EXHIBIT

# **EXHIBIT 3.3**

# CONFIDENTIAL EXHIBIT

# EXHIBIT 4

Approved OMB NO. 1651-0064
Exp. 03-31-2014
See back of form for Paperwork Reduction Act Notice.

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**IMPORTER ID INPUT RECORD**

19 CFR 24.5

**1. TYPE OF ACTION** *(Mark all applicable)*

☐ Notification of importer's number    ☐ Change of address*

☐ Change of name*    ☐ Check here if you also want your address updated in the Fines, Penalties, and Forfeitures Office

*NOTE--If a continuous bond is on file, a rider must accompany this change document.

**2. IMPORTER NUMBER** *(Fill in one format):--*

| 2A. I.R.S. Number | 2B. Social Security Number |
|---|---|
| | |

2C.  ☐ Check here if requesting a CBP-assigned number and indicate reason(s). *(Check all that apply.)*    ☐ I have no IRS No.    ☐ I have no Social Security No.    ☐ I have not applied for either number.    ☐ I am not a U.S. resident

2D. CBP-Assigned Number

3. Importer Name

4. DIV/AKA/DBA    ☐ DIV  ☐ AKA  ☐ DBA

5. DIV/AKA/DBA Name

6. Type

☐ Corporation  ☐ Partnership  ☐ Sole Proprietorship  ☐ Individual  ☐ U.S. Government  ☐ State/Local Governments  ☐ Foreign Governments

7. Importer Mailing Address *(2 32-character lines maximum)*

| 8. City | 9. State Code | 10. ZIP |
|---|---|---|
| | | |

11. Country ISO Code *(Non-U.S. Only)*

12. Importer Physical Location Address *(2 32-character lines maximum, see instructions)*

| 13. City | 14. State Code | 15. ZIP |
|---|---|---|
| | | |

16. Country ISO Code *(Non-U.S. Only)*

17a. Has importer ever been assigned a CBP Importer Number using the same name as in Block 3?

☐ No  ☐ Yes *(List number(s) and/or name(s) in Block 17c.)*

17b. Has importer ever been assigned a CBP Importer Number using a name different from that in Block 3?

☐ No  ☐ Yes *(List number(s) and/or name(s) in Block 17c.)*

17c. If "Yes" to 17a and/or 17b, list number(s) and/or name(s)

I CERTIFY: That the information presented herein is correct; that if my Social Security Number is used it is because I have no IRS Employer Number, that if my CBP assigned number is used it is because I have neither a Social Security Number nor an IRS Employer Number, that if none of these numbers is used, it is because I have none, and my signature constitutes a request for assignment of a number by CBP.

| 18. Printed or Typed Name and Title | 19. Telephone No. Including Area Code |
|---|---|
| 20. Signature    X | 21. Date |

22. Broker Use Only

*Previous Editions are Obsolete*

CBP Form 5106 (05/13)

**PAPERWORK REDUCTION ACT STATEMENT:** An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0064. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

**PRIVACY ACT STATEMENT:** Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974, notice is hereby given that 19 CFR 24.5 authorizes the disclosure of Social Security numbers (SSN) on the CBP Form 5106. The principal purpose for disclosure of the Social Security number is to assure maintenance of records that have a high degree of usefulness in regulatory investigations or proceedings. The information collected may be provided to those officers and employees of the CBP and any constituent unit of the Department of the Homeland Security who have a need for the records in the performance of their duties. The records may be referred to any department or agency of the federal government upon the request of the head of such department or agency. The authority to collect the SSN is 31 CFR 103.25. The SSN will be used to identify the individuals conducting business with the CBP.

## BLOCK 1 - TYPE OF ACTION
*Notification of Importer's Number - Check this box if you are a first time importer, using an importer number for the first time, or if you have not engaged in CBP business within the last year.*

*Change of Name - Check this box if this importer number is on file but there is a change in the name on file.*

*Change of Address - Check this box if this importer number is on file but there is a change in the address on file.*

## BLOCK 2 - IMPORTER

2A   *-IRS Number - Complete this block if you are assigned an Internal Revenue Service employer identification number.*

2B   *-Social Security Number - Complete this block if no Internal Revenue Service employer identification number has been assigned. The Social Security number should belong to the principal or owner of the company or the individual who represents the importer of record.*

2C   *-Requesting a CBP Assigned Number - Complete this block if no Internal Revenue Service employer identification number has been assigned, or no Social Security number has been assigned. If this box is checked, all corresponding boxes in 2C must also be marked. PLEASE NOTE. A CBP Assigned Number is for CBP use only and does not replace a Social Security number or Internal Revenue Service employer identification number. In general, a CBP Assigned Number will only be issued to foreign businesses or individuals, provided no IRS or Social Security number exists for the applicant. If Block 2C is completed, this form must be submitted in duplicate. CBP will issue an Assigned Number and return a copy of the completed form with the Assigned Number to the requester. This identification number will be used for all future CBP transactions when an importer number is required. If an Internal Revenue Service employer identification number and/or a Social Security number are obtained after an importer number has been assigned by CBP, the importer will continue to use the assigned number unless otherwise instructed.*

2D   *-CBP Assigned Number - Complete this block if you are assigned a CBP Assigned Number but there is an Action change (Block 1).*

## BLOCK 3 - IMPORTER NAME
If the name is an individual, input the last name first, first name, and middle initial. Business names should be input first name first.

## BLOCK 4 - DIV/AKA/DBA
Complete this block if an importer is a division of another company (DIV), is also known under another name (AKA), or conducts business under another name (DBA).

## BLOCK 5 - DIV/AKA/DBA NAME
Complete this block only if Block 4 is used.

## BLOCK 6 - TYPE OF COMPANY
Check applicable box. *Please Note:* Place an *X* after U.S. Gov't **only** for a U.S. federal government department, agency, bureau or office. All federal agencies are assigned I.R.S. numbers which should be used for any CBP transactions by that agency.

## BLOCK 7 - IMPORTER MAILING ADDRESS
This block must always be completed. It may or may not be the importer's business address. Insert a post office box number, or a street number representing the first line of the importer's mailing address (up to 32 characters). For a U.S. or Canadian mailing address, additional mailing address information may be inserted (up to 32 characters). If a P.O. box number is given for the mailing address, a second address (physical location) must be provided in Block 12.

## BLOCK 8 - CITY
Insert the city name of the importees mailing address.

## BLOCK 9 - STATE
For a U.S. mailing address, insert a valid 2-position alphabetic U.S. state postal code (see list below). For a Canadian mailing address, insert a 2-character alphabetic code representing the province of the importer's mailing address (see list below).

## BLOCK 10 - ZIP CODE
For a U.S. mailing address, insert a 5 or 9 digit numeric ZIP code as established by the U.S. Postal Service. For a Canadian mailing address, insert a Canadian postal routing code. For a Mexican mailing address, leave blank. For all other foreign mailing addresses, a postal routing code may be inserted.

## BLOCK 11 -COUNTRY ISO CODE
For a U.S. mailing address, leave blank. For any foreign mailing address, including Canada and Mexico, insert a 2 character alphabetic International Standards Organization (ISO) code representing the country. Please Note: Valid ISO codes may be found in Annex B of the Harmonized Tariff Schedule of the United States; Customs Directive 099 5610-002, "Standard Guidelines for the Input of Names and Addresses into ACS Files"; or CBP Form 7501 Instructions".

## BLOCK 12 - SECOND IMPORTER ADDRESS
If the importer's place of business is the same as the mailing address, leave blank. If different from the mailing address, insert the importer's business address in this space. A second address representing the importer's place of business is to be provided if the mailing address is a post office box or drawer.

## BLOCK 13 - CITY
Insert the city name for the importer's business address.

## BLOCK 14 - STATE
For a U.S. address, insert a 2 character alphabetic U.S. state postal code (see list below). For a Canadian address, insert a 2 character alphabetic code representing the province of the importer's business address (see list below).

## BLOCK 15 - ZIP CODE
For a U.S. business address, insert a 5 or 9 digit numeric ZIP code as established by the U.S. Postal Service. For a Canadian address, insert a Canadian postal routing code. For a Mexican address, leave blank. For all other foreign addresses, postal routing code may be inserted.

## BLOCK 16 - COUNTRY ISO CODE
For a U.S. address, leave blank. For any foreign address, including Canada and Mexico, insert a 2 character alphabetic ISO code representing the country.

## BLOCK 17 - PREVIOUSLY ASSIGNED CUSTOMS IMPORTER NUMBER
Indicate whether or not importer has previously been assigned a  CBP Importer Number under the same name or a different name. If "Yes" to either question, list name(s) and/or number(s) in Block 17c.

### OFFICIAL UNITED STATES POSTAL SERVICE
### TWO-LETTER STATE AND POSSESSION ABBREVIATIONS

| | | | |
|---|---|---|---|
| AL | Alabama | MT | Montana |
| AK | Alaska | NE | Nebraska |
| AZ | Arizona | NV | Nevada |
| AR | Arkansas | NH | New Hamshire |
| AS | American Samoa | NJ | New Jersey |
| CA | California | NM | New Mexico |
| CO | Colorado | NY | New York |
| CT | Connecticut | NC | North Carolina |
| DE | Delaware | ND | North Dakota |
| DC | Distric of Columbia | MP | Northern Mariana Islands |
| FM | Federated States of Micronesia | OH | Ohio |
| FL | Florida | OK | Oklahoma |
| GA | Georgia | OR | Oregon |
| GU | Guam | PW | Palau |
| HI | Hawaii | PA | Pennsylvania |
| ID | Idaho | PR | Puerto Rico |
| IL | Illinios | RI | Rhode Island |
| IN | Indiana | SC | South Carolina |
| IA | Iowa | SD | South Dakota |
| KS | Kansas | TN | Tennessee |
| KY | Kentucky | TX | Texas |
| LA | Louisiana | UT | Utah |
| ME | Maine | VT | Vermont |
| MH | Marshall Islands | VA | Virginia |
| MD | Maryland | VI | Virgin Islands |
| MA | Massachusetts | WA | Washington |
| MI | Michigan | WV | West Virginia |
| MN | Minnesota | WI | Wisconsin |
| MS | Mississippi | WY | Wyoming |
| MO | Missouri | | |

### OFFICIAL TWO-LETTER CANADIAN PROVINCE CODES

| | | | |
|---|---|---|---|
| AB | Alberta | NS | Nova Scotia |
| BC | British Columbia | ON | Ontario |
| MB | Manitoba | PE | Prince Edward Island |
| NB | New Brunswick | QC | Quebec |
| NL | Newfoundland (Incl. Labrador) | SK | Saskatchewan |
| NT | Northwest Territories | YT | Yukon Territory |

# CONFIDENTIAL EXHIBIT

# EXHIBIT 5

# EXHIBIT 6

# CONFIDENTIAL EXHIBIT

# EXHIBIT 7

# CONFIDENTIAL EXHIBIT

# EXHIBIT 8

# CONFIDENTIAL EXHIBIT

# EXHIBIT 9

# CONFIDENTIAL EXHIBIT

# EXHIBIT 10

# CONFIDENTIAL EXHIBIT

# EXHIBIT 11.1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 11.2

# CONFIDENTIAL EXHIBIT

# EXHIBIT 11.3

# CONFIDENTIAL EXHIBIT

# EXHIBIT 12

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**CBP FORM 7501 INSTRUCTIONS**
(Updated July 24, 2012)

## BLOCK 1) ENTRY NUMBER

Record the 11 digit alphanumeric code. The entry number is comprised of the three digit filer code, followed by the seven digit entry number, and completed with the one digit check digit.

Entry Filer Code represents the three-character alphanumeric filer code assigned to the filer or importer by CBP.

Entry Number represents the seven-digit number assigned by the filer. The number may be assigned in any manner convenient, provided that the same number is not assigned to more than one CBP Form 7501. Leading zeros must be shown.

Check digit is computed on the previous 10 characters. The formula for calculating the check digit can be found in Appendix 1.

## BLOCK 2) ENTRY TYPE

Record the appropriate entry type code by selecting the two-digit code for the type of entry summary being filed. The first digit of the code identifies the general category of the entry (i.e., consumption = 0, informal = 1, warehouse = 2). The second digit further defines the specific processing type within the entry category. The following codes shall be used:

| | |
|---|---|
| Consumption Entries | |
| Free and Dutiable | 01 |
| Quota/Visa | 02 |
| Antidumping/Countervailing Duty (AD/CVD) | 03 |
| Appraisement | 04 |
| Vessel Repair | 05 |
| Foreign Trade Zone Consumption | 06 |
| Quota/Visa and AD/CVD combinations | 07 |
| Duty Deferral | 08 |
| Informal Entries | |
| Free and Dutiable | 11 |
| Quota Other than textiles | 12 |
| Warehouse Entries | |
| Warehouse | 21 |
| Re-Warehouse | 22 |
| Temporary Importation Bond | 23 |

| | |
|---|---|
| Trade Fair | 24 |
| Permanent Exhibition | 25 |
| Foreign Trade Zone Admission | 26 |
| Warehouse Withdrawal | |
| For Consumption | 31 |
| Quota/Visa | 32 |
| AD/CVD | 34 |
| Quota/Visa and AD/CVD combinations | 38 |
| Government Entries | |
| Defense Contract Management Command (DCMAO NY) | |
| Military Only (P99 filer) | 51 |
| Any U.S. Federal Government agency (other than DCMAO NY) | 52 |
| Note: When the importer of record of emergency war materials is not a government agency, entry type codes 01, 02, 03, etc., as appropriate, are to be used. | |
| Transportation Entries | |
| Immediate Transportation | 61 |
| Transportation and Exportation | 62 |
| Immediate Exportation | 63 |

Automated Broker Interface (ABI) processing requires an ABI status indicator. This indicator must be recorded in the entry type code block. It is to be shown for those entry summaries with ABI status only, and must be shown in one of the following formats:

ABI/S = ABI statement paid by check or cash
ABI/A = ABI statement paid via Automated Clearinghouse (ACH)
ABI/P = ABI statement paid on a periodic monthly basis
ABI/N = ABI summary not paid on a statement

Note: Either a slash (/) or hyphen (-) may be used to separate ABI from the indicator (i.e., ABI/S or ABI-S).

A "LIVE" entry is when the entry summary documentation is filed at the time of entry with estimated duties. Warehouse withdrawals are always considered "LIVE" entries. When a "LIVE" entry/entry summary is presented, an additional indicator is required to be shown in the following formats:

ABI/A/L = ABI statement paid via ACH for a "live" entry/entry summary
ABI/N/L = ABI "live" entry/entry summary not paid on a statement
"LIVE" or "L" = non-ABI "live" entry/entry summary

**BLOCK 3) SUMMARY DATE**

Record the month, day, and year (MM/DD/YYYY) on which the entry summary is filed with CBP.  The record copy of the entry summary will be time stamped by the filer at the time of presentation of the entry summary.  In the case of entry summaries submitted on an ABI statement, only the statement is required to be time stamped.

This block should not be printed or typed prior to presentation of the entry/entry summary.  Use of this field is optional for ABI statement entries.  The time stamp will serve as the entry summary date.

The filer will record the proper team number designation in the upper right portion of the form above this block (three-character team number code).  For ABI entry summaries, the team number is supplied by CBP's automated system in the summary processing output message.

**BLOCK 4) SURETY NO.**

Record the three digit numeric code that identifies the surety company on the Customs Bond.  This code can be found in block 7 of the CBP Form 301, or is available through CBP's automated system to ABI filers, via the importer bond query transaction.  For U.S. Government importations and entry types not requiring surety, code 999 should appear in this block.  When cash or Government securities are used in lieu of surety, use code 998.

**BLOCK 5) BOND TYPE**

Record the single digit numeric code as follows:

> 0 - U.S. Government or entry types not requiring a bond
> 8 - Continuous
> 9 - Single Transaction

Bond type "0" should be used in conjunction with surety code "999" for government entries secured by stipulation as provided for in 19 C.F.R. § 10.101(d).

Bond type "8" or "9," as appropriate, should be used in conjunction with surety code "998" when cash or government securities are deposited in lieu of surety.

Bond type "9" should be used in conjunction with surety code "999" when surety has been waived in accordance with 19 C.F.R. § 142.4 (c).  A single entry bond should be attached to the entry summary package.

## BLOCK 6) PORT CODE

Record the U.S. port code utilizing the Schedule D, Customs District and Port Codes, listed in Annex C of the Harmonized Tariff Schedule (HTS).  The port is where the merchandise was entered under an entry or released under an immediate delivery permit.  Use the following format: DDPP (no spaces or hyphens).

## BLOCK 7) ENTRY DATE

Record the month, day, and year (MM/DD/YYYY) on which the goods are released, except for immediate delivery, quota goods, or where the filer requests another date prior to release (see 19 C.F.R. § 141.68).  It is the responsibility of the filer to ensure that the entry date shown for entry/entry summaries is the date of presentation (i.e., the time stamp date). The entry date for a warehouse withdrawal is the date of withdrawal.

## BLOCK 8) IMPORTING CARRIER

For merchandise arriving in the U.S. by vessel, record the name of the vessel that transported the merchandise from the foreign port of lading to the first U.S. port of unlading. Do not record the vessel identifier code in lieu of the vessel name.  Pursuant to General Statistical Note 1 (a) (ii) of the HTS, the reporting of the vessel flag is not required.  For merchandise arriving in the U.S. by air, record the two digit IATA alpha code corresponding to the name of the airline which transported the merchandise from the last airport of foreign lading to the first U.S. airport of unlading.

If the carrier file does not contain a specific air carrier's code, write the designation "*C" for Canadian airlines, "*F" for other foreign airlines, and "*U" for U.S. airlines.

These designations should be used only for unknown charter and private aircraft.  When a private aircraft is being entered under its own power (ferried), the designation "**" will be used.

For merchandise arriving in the U.S. by means of transportation other than vessel or air, leave blank.

Do not record the name of a domestic carrier transporting merchandise after initial lading in the U.S.

For merchandise arriving in the customs territory from a U.S. Foreign Trade Zone (FTZ), insert "FTZ" followed by the FTZ number.  Use the following format: FTZ NNNN

## BLOCK 9) MODE OF TRANSPORT

Record the mode of transportation by which the imported merchandise entered the U.S. port of arrival from the last foreign country utilizing the following two digit numeric codes:

10 - Vessel, non-container (including all cargo at first U.S. port of unlading aboard a vessel regardless of later disposition; lightered, land bridge and LASH all included). If container status unknown, but goods did arrive by vessel, use this code.

11 - Vessel, container

12 - Border, Waterborne (used in cases where vessels are used exclusively to ferry automobiles, trucks, and/or rail cars, carrying passengers and baggage and/or cargo and merchandise, between the U.S. and a contiguous country).

20 - Rail, non-container

21 - Rail, container

30 - Truck, non-container

31 - Truck, container

32 - Auto

33 - Pedestrian

34 - Road, other

40 - Air, non-container

41 - Air, container

50 - Mail

60 - Passenger, hand-carried

70 - Fixed transport installation (includes pipelines, powerhouse, etc.)

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

## BLOCK 10) COUNTRY OF ORIGIN

Record the country of origin utilizing the International Organization for Standardization (ISO) country code located in Annex B of the HTS.

The country of origin is the country of manufacture, production, or growth of any article. If the article consists of material produced, derived from, or processed in more than one foreign territory or country, or insular possession of the U.S., it shall be considered a product of that foreign territory or country, or insular possession, where it last underwent a substantial transformation.  For reporting purposes only on the CBP Form 7501, whenever merchandise has been returned to the U.S. after undergoing repair, alteration, or assembly under HTS heading 9802, the country of origin should be shown as the country in which the repair, alteration, or assembly was performed.

When merchandise is invoiced in or exported from a country other than that in which it originated, the actual country of origin shall be specified rather than the country of invoice or exportation.

When an entry summary covers merchandise from more than one country of origin, record the word "MULTI" in this block.  In column 27, directly below the line number, prefixed with the letter "O," indicate the ISO code corresponding to each line item.

Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

- **<u>Special Note for Goods of Canadian Origin</u>**

The ISO country code "CA" for Canada for goods of Canadian Origin will no longer be reported as a country of origin. As of May 15, 1997, the <u>Canadian Province codes</u> will replace the code "CA".

The following conditions in which the "CA" is acceptable, in addition to the Province Codes:

1. Withdrawals of goods from warehouses for consumption.

2. Entries of goods from Foreign Trade Zones into the Commerce of the U.S.

3. Informal entries.

4. Imports of Canadian origin arriving from countries other than Canada.

5. Cargo selectivity entries not certified from entry summary, i.e. full cargo selectivity entries provided with entry data only or border cargo selectivity entries.

6. Data elements intended specifically for other government agencies, e.g. FDA , DOT, and EPA which only allow "CA" to be used as the origin code.

Additional information related to reporting the correct ISO country code for goods of Canadian Origin can be found in CSMS#<u>97-000267</u> and <u>02-000071</u> .

## BLOCK 11) IMPORT DATE

For merchandise arriving in the U.S. by vessel, record the month, day, and year (MM/DD/YYYY) on which the importing vessel transporting the merchandise from the foreign country arrived within the limits of the U.S. port with the intent to unlade.

For merchandise arriving in the U.S. other than by vessel, record the month, day, and year (MM/DD/YYYY) in which the merchandise arrived within the U.S. port limits.

For merchandise entering the customs territory for consumption from a U.S. FTZ, in compliance with 19 C.F.R. § 146.63, if the import date is not the date of removal from the zone, leave blank.

For merchandise moving from a U.S. FTZ to a bonded warehouse in the customs territory, in compliance with 19 C.F.R. § 146.64, report the month, day, and year (MM/DD/YYYY) of importation.

**BLOCK 12) BILL OF LADING (B/L) OR AIR WAYBILL (AWB) NUMBER**

Record the number assigned on the manifest by the international carrier delivering the goods to the U.S.

Each B/L number for vessel or rail shipments must conform to a unique format comprised of 2 elements. The first element comprises the first four characters of the unique bill number, and is the Standard Carrier Alpha Code (SCAC) of the bill's issuer. The second element may be any length up to a maximum 12 characters and may be alpha and/or numeric.  Use the following format: ABCD1234567

If multiple bills are associated with an entry summary, list additional B/L or AWB numbers across the top of column 28 or on a separate attachment.

**BLOCK 13) MANUFACTURER ID (MID)**

This block is provided to accommodate the manufacturer/shipper identification code. This code identifies the manufacture/shipper of the merchandise by a constructed code. The method for deriving the code can be found in Appendix 2.  For the purposes of this code, the manufacturer should be construed to refer to the invoicing party or parties (manufacturers or other direct suppliers).  The name and address of the invoicing party, whose invoice accompanies the CBP entry, should be used to construct the MID.  The manufacturer/shipper identification code is required for all entry summaries and entry/entry summaries, including informal entries, filed on the CBP Form 7501.

For textile shipments, the manufacturer should be construed to refer to the actual manufacturer in accordance with 19 CFR 102.23(a) and the Appendix to 19 CFR Part 102 -- Textile and Apparel Manufacturer Identification.

Non-textile shipments may use the invoicing party or parties (manufacturers or other direct suppliers).

When an entry summary covers merchandise from more than one manufacturer, record the word "MULTI" in this block.  In column 28, indicate the MID Code corresponding to each line item. If there is more than one vendor for a particular HTS number, separate line items will be required for each MID.

**BLOCK 14) EXPORTING COUNTRY**

Record the exporting country utilizing the ISO country code located in Annex B of the HTS.

The country of exportation is the country of which the merchandise was last part of the commerce and from which the merchandise was shipped to the U.S. without contingency of diversion.

When an entry summary covers merchandise from more than one country of export, record the word "MULTI" in this block. In column 27, directly below the line number, prefixed with the letter "E," indicate the ISO code corresponding to each line item. Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

For merchandise entering the customs territory from a U.S. FTZ, if multiple countries of export are involved, indicate the country of export with the greatest value. In the case where the merchandise is U.S. goods returned and the filer opts to pay the duty and report only the Chapter 1 - 97 HTS number, report the country of invoice or exportation. Country of export U.S. will not be acceptable when country of origin is U.S.

## BLOCK 15) EXPORT DATE

For merchandise exported by vessel, record the month, day, and year (MM/DD/YYYY), on which the carrier departed the last port in the exporting country.

For merchandise exported by air, record the month, day, and year (MM/DD/YYYY), on which the aircraft departed the last airport in the exporting country.

For overland shipments from Canada or Mexico and shipments where the port of lading is located outside the exporting country (e.g., goods are exported from Switzerland but laden and shipped from Hamburg, Germany), record the month, day, and year (MM/DD/YYYY), that the goods crossed the border of the exporting country (Switzerland in this example).

For mail shipments, record the month, day, and year (MM/DD/YYYY) of export as noted on the Notice to Addressee, CBP Form 3509.

For goods entering the customs territory from a U.S. FTZ, leave blank.

When an entry summary covers merchandise with more than one date of export, record the word "MULTI" in this block. In column 27, directly below the line number, indicate the date corresponding to each line item. Where line items are segregated by invoice, indicate the date corresponding to each invoice.

For textile merchandise, refer to additional requirements listed under VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE in Column 33(d) instructions.

## BLOCK 16) IMMEDIATE TRANSPORTATION (IT) NUMBER

Record the IT number obtained from the CBP Form 7512, AWB number from the Transit Air Cargo Manifest (TACM), or Automated Manifest System (AMS) master in-bond (MIB) movement number.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

If merchandise moves on an IT into a U.S. FTZ, the IT number need not be recorded on the CBP Form 7501 when the merchandise is removed from the zone.

## BLOCK 17) IT DATE

Record the month, day, and year (MM/DD/YYYY), obtained from the CBP Form 7512, TACM, or AMS MIB record.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

Note: IT date cannot be prior to import date.

## BLOCK 18) MISSING DOCUMENTS

Record the appropriate document code number(s) to indicate documents not available at the time of filing the entry summary.  A maximum of two codes may be used.  The bond charge should be made on the entry summary only for those documents required to be filed with the entry summary.

The following codes shall be used:

    01 - Commercial Invoice
    10 - CBP FORM 5523 (19 C.F.R. § 141.89) (Optional for footwear)
    16 - Corrected Commercial Invoice (19 C.F.R. § 141.89, et al)
    17 - Other Agency Form (19 C.F.R. § Part 12)
    19 - Scale weight
    21 - Coffee Form O
    22 - Chemical Analysis
    23 - Outturn Report
    26 - Packing List (19 C.F.R. § 141.86(e))
    98 - Not Specified Above

99- If three or more documents are missing, record the code number for the first document and insert code "99" to indicate more than one additional document is missing.

If a document has been waived prior to entry summary filing or is not required at time of entry summary, it should not be recorded as a missing document.

Be aware that the following forms cannot be waived and filers shall be obligated to file the forms within the appropriate time limits:

14 – Lease Statements (19 C.F.R. § 10.108)
15 – Re Melting Certificate (19 C.F.R. § 54.6(a))
18 – Duty Free Entry Certificate (19 C.F.R. § 10.102; 9808.00.3000)
20 – End Use Certificate (19 C.F.R. § 10.138)

## BLOCK 19) FOREIGN PORT OF LADING

For merchandise arriving in the U.S. by vessel, record the five digit numeric code listed in the "Schedule K" (Classification of Foreign Ports by Geographic Trade Area and Country) for the foreign port at which the merchandise was actually laden on the vessel that carried the merchandise to the U.S.  The "Schedule K" may be retrieved at: http://www.iwr.usace.army.mil/ndc/wcsc/scheduleK/schedulek.htm

If the actual port name is not provided, use the code for "all other ports" for the country in which the merchandise was laden on the vessel that carried the merchandise to the U.S.

When an entry summary covers merchandise with more than one foreign port of lading, record the word "MULTI" in this block.  In column 27, directly below the line number, indicate the code corresponding to each line item.  When line items are segregated by invoice, indicate the code corresponding to each invoice.

When merchandise is transported by a mode of transportation other than vessel, leave blank.

For merchandise entering the customs territory from a U.S. FTZ, leave blank.

## BLOCK 20) U.S. PORT OF UNLADING

Record the U.S. port code where the merchandise was unladen from the importing vessel, aircraft or train.  Do not show the name of the port instead of the numeric code.

For merchandise arriving in the U.S. by means of transportation other than vessel, rail or air, leave blank.

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

**BLOCK 21) LOCATION OF GOODS/General Order (GO) Number**

Where the entry summary serves as entry/entry summary, record the pier or site where the goods are available for examination.  For air shipments, record the flight number. Where the Facilities Information and Resources Management (FIRMS) codes are available, they must be used in lieu of pier/site.

Where the entry summary is used for merchandise that has been placed in GO, record the number assigned by CBP in the following format: G.O. NNNNNNNNNNNN

Where the entry summary is used for merchandise placed in a bonded warehouse, record the name and the FIRMS code of the bonded warehouse where the goods will be delivered.

**BLOCK 22) CONSIGNEE NUMBER**

Record the Internal Revenue Service (IRS) Employee Identification Number (EIN), Social Security Number (SSN), or CBP assigned number of the consignee.  This number must reflect a valid identification number filed with CBP via the CBP Form 5106 or its electronic equivalent. When the consignee number is the same as the importer of record number, the word "SAME" may be used in lieu of repeating the importer of record number.

Only the following formats shall be used:

> IRS EIN NN-NNNNNNN
> IRS EIN with suffix NN-NNNNNNNXX
> SSN NNN-NN-NNNN
> CBP assigned number YYDDPP-NNNNN

For consolidated shipments, enter zeros in this block in the IRS EIN format shown above (i.e., 00-0000000).  The reporting of zeros on the entry summary is limited to consolidated shipments and consolidated entry summaries.

**BLOCK 23) IMPORTER NUMBER**

Record the IRS EIN, SSN, or CBP assigned number of the importer of record.  Proper format is listed under the instructions for Consignee Number.

**BLOCK 24) REFERENCE NUMBER**

Record the IRS EIN, SSN, or CBP assigned number of the individual or firm to whom refunds, bills, or notices of extension or suspension of liquidation are to be sent (if other

than the importer of record and only when a CBP Form 4811 is on file).  Proper format is listed under the instructions for Consignee Number.  Do not use this block to record any other information.

## BLOCK 25) ULTIMATE CONSIGNEE NAME AND ADDRESS

At the time of Entry Summary, record the name and address of the individual or firm purchasing the merchandise or, if a consigned shipment, to whom the merchandise is consigned.  If those parties are not known, indicate to whose premises the merchandise is being shipped.  If this information is the same as the importer of record, leave blank.

Note: For express consignment shipments and land border shipments, at the time of Entry Summary, record the name and address of the individual or firm for whose account the merchandise is shipped.  The account of party is the actual owner, who is holder of title to the goods.

In the space provided for indicating the state, report the ultimate state of destination of the imported merchandise, as known at the time of entry summary filing.  If the contents of the shipment are destined to more than one state or if the entry summary represents a consolidated shipment, report the state of destination with the greatest aggregate value.  If in either case, this information is unknown, the state of the ultimate consignee, or the state where the entry is filed, in that order, should be reported.  However, before either of these alternatives is used, a good faith effort should be made by the entry filer to ascertain the state where the imported merchandise will be delivered.  In all cases, the state code reported should be derived from the standard postal two-letter state or territory abbreviation.

On a warehouse withdrawal, the original warehouse entry number should be recorded at the bottom of this block.

## BLOCK 26) IMPORTER OF RECORD NAME AND ADDRESS

Record the name and address, including the standard postal two-letter state or territory abbreviation, of the importer of record.  The importer of record is defined as the owner or purchaser of the goods, or when designated by the owner, purchaser, or consignee, a licensed customs broker.  The importer of record is the individual or firm liable for payment of all duties and meeting all statutory and regulatory requirements incurred as a result of importation, as described in 19 C.F.R. § 141.1(b).  The importer of record shown on the invoice should be the same party on the CBP Form 7501, unless the CBP form reflects a licensed customs broker.

**COLUMN 27) LINE NUMBER**

Record the appropriate line number, in sequence, beginning with the number 001.

A "line number" refers to a commodity from one country, covered by a line which includes a net quantity, entered value, HTS number, charges, rate of duty and tax. However, some line numbers may actually include more than one HTS number and value.  For example, many items in Chapter 98 of the HTS require a dual HTS number. Articles assembled abroad with U.S. components require the HTS number 9802.00.80 along with the appropriate reporting number of the provision in Chapters 1 through 97.

Also, many items in Chapter 91 of the HTS require as many as four HTS numbers. Watches classifiable under subheading 9101.11.40, for example, require that the appropriate reporting number and duty rate be shown separately for the movement, case, strap, band or bracelet, and battery.  A separate line item is also required for each commodity that is the subject of a Customs binding ruling.  Proper format is listed under the instructions for HTS number.

Where a reporting number is preceded by an alpha character designating a special program (i.e., NAFTA = "CA" or "MX"; GSP = "A"), that indicator is to be placed in column 27, directly below the line number.  The special program indicator (SPI) should be right justified on the same line and immediately preceding the HTS number to which it applies.  If more than one HTS number is required for a line item, place the SPI on the same line as the HTS number upon which the rate of duty is based.  If more than one SPI is used, the primary indicator that establishes the rate of duty is shown first, followed by a period and the secondary SPI immediately following.

If "MULTI" was recorded in block(s) 10, 14, 15, and/or 19, the appropriate codes or dates are to be shown in column 27 below the SPI.  See specific instructions for those items with multiple elements.

**COLUMN 28) DESCRIPTION OF MERCHANDISE**

A description of the articles in sufficient detail to permit the classification thereof under the proper statistical reporting number in the HTS should be reported at the top of column 28.  The standard definitions from the CBP HTS database are acceptable for this requirement.

For a warehouse withdrawal, all copies of the CBP Form 7501 must be clearly marked "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of column 28, followed by the words "FINAL WITHDRAWAL" if applicable.  Next will be the "Bonded Amount" (quantity in the warehouse account before the withdrawal), "Withdrawal" (quantity being withdrawn), and "Balance" (quantity remaining in warehouse after withdrawal), as required in 19 C.F.R. § 144.32(a).

Transfer of the right to withdraw the merchandise included on the CBP Form 7501 will be established by including the name, and hand-written or facsimile signature of the person primarily liable for payment of duties before the transfer is completed.  This endorsement should be shown after the "Balance" in column 28.  When there is deferred tax paid by electronic funds transfer (EFT), the following statement is required in this section:

> Electronic Funds Transfer (EFT)
> Tax Payment Deferred
> XXX Distillers, Inc.
> IRN: XX-XXXXXXX-XX
> ALC: ########
> EFT Payment Date: month/day

If the deferred tax will not be paid by EFT, the words "DEFERRED TAX" should show after the words "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of this block.

## COLUMN 29)

Do not record the column heading letters, only the required data in the proper format.

### A.  HTS NUMBER

Record the appropriate full 10-digit HTS item number.  This item number should be left justified. Decimals are to be used in the 10-digit number exactly as they appear in the HTS.  Use the following format: 4012.11.4000

If more than one HTS number is required, follow the reporting instructions in the statistical head note in the appropriate HTS section or chapter.

Where an SPI is required for an HTS number, see Column 27 instructions.

For each item covered by a binding tariff classification ruling, report the ruling number (provided in the applicable ruling letter) directly below the HTS number of the appropriate line item.  Precede the ruling number with the abbreviation "RLNG."  For an item classified under the same tariff classification number but not specifically covered by the binding tariff classification ruling, provide a separate line item breakout for that item.

For those line items that require the reporting of more than one data element (i.e. category number and/or manufacturer identification number) in this same area, the hierarchy should be as follows:

> Category Number
> Manufacturer Identification Number

Ruling Number

The correct format for reporting a ruling number or pre-approval indicator are listed below, respectively:

RLNG 654321
INDCTR 356780

For sets, which are classifiable in accordance with GRI 3(b) or 3(c) of the HTS, report in column 30 the HTS number from which the rate of duty for the set is derived. Precede this number with an SPI of "X." Report with that part of the set so classified the total value, quantity and charges associated with the set, as well as all applicable duties, taxes, and fees, in the appropriate columns. In addition, each article in the set (including the article designated with a prefix of "X") should be reported on a separate line as if it were separately classified. Precede these HTS numbers with an SPI of "V." Report the quantity and value attributed to each article associated with the "V" SPI.

All other reporting requirements including, but not limited to, quota, visa, licensing, and other government agency requirements, should be reported along with the appropriate HTS number preceded with an SPI of "V." Both the "X" and "V" should be right justified in column 27, immediately preceding, and on the same line as the HTS number to which it applies.

## B. AD/CVD CASE NUMBER

Directly below the HTS number, indicate the appropriate AD/CVD case number(s), as assigned by the Department of Commerce, International Trade Administration. The following format shall be used:

A000-000-000 -or- A-000-000-000 (AD)
C000-000-000 -or- C-000-000-000 (CV)

Case numbers with a suffix of 000 (ex. A-000-000-000) should only be used when the manufacturer and/or exporter falls under the "All Other" or country wide provisions of the AD/CVD case.

The application of case numbers should follow this hierarchy under the following circumstances:

1. The exporter has its own rate, use the case assigned to the exporter;
2. The exporter does not have its own case, use the case assigned to the manufacturer/producer; OR the case assigned to the exporter/manufacturer combination; or
3. Neither the exporter nor the manufacturer/producer nor the exporter/manufacturer combination has its own case, use the "all others" case with a suffix of 000.

When bonding is permitted and used, record the phrase "Surety Code" and the surety number [e.g., (Surety Code #123)]. If cash or government securities are deposited in lieu of surety, record "Surety Code #998."

## C.  CATEGORY NUMBER

Directly below the HTS number record the textile category for each separate line, as applicable.  Use the following format: CAT NNN

## D.  OTHER FEES

Directly below the pertinent line information, on the same line as the applicable rate in column 33, identify any other fee, charge or exaction that applies.  Examples include the beef fee, honey fee, pork fee, cotton fee, harbor maintenance fee (HMF), sugar fee, and merchandise processing fee (MPF).  All fees, with the exception of the HMF, are to be reported at the line item level. The HMF may be shown either at the line item level or once at the bottom of column 29 on the first page of the summary.

## COLUMN 30)

Do not record the column heading letters, only the required data in the proper format.

## A.  GROSS WEIGHT

Report gross shipping weight in kilograms for merchandise imported by ALL modes of transportation.  The gross weight must be reported on the same line as the entered value.

In cases where more than one value is shown on a line item, record the gross weight on the same line as the first tariff number for the line item.  Gross weight information must be provided for each line item.  If the gross weight is not available for each line item, the approximate shipping weight shall be estimated and reported.  The total of the estimated weights should equal the actual gross shipping weight.  For multi-line summaries, the grand total gross weight need not be shown.

In the case of containerized cargo carried in lift vans, cargo vans, or similar substantial outer containers, the weight of such container should not be included in the gross weight of the merchandise.

## B.  MANIFEST QUANTITY

Where the entry summary serves as entry/entry summary, indicate the manifest quantity reported on the B/L or AWB.

If multiple bills are associated with an entry/entry summary, indicate the manifest quantity reported on the B/L or AWB with the appropriate B/L or AWB number listed across the top of column 28.

## COLUMN 31) NET QUANTITY IN HTS UNITS

When a unit of measure is specified in the HTS for an HTS number, report the net quantity in the specified unit of measure, and show the unit of measure after the net quantity figure.  Record quantities in whole numbers for statistical purposes unless fractions of units are required for other CBP purposes.  Fractions must be expressed as decimals.

When an "X" appears in the column for units of quantity, no quantity is to be reported in column 31. (Gross weight must still be reported in Column 30.)

When two units of measure are shown for the same article, report the net quantity for both in the specified unit of measure.  The value of the article is to be reported with the first unit of measure unless a "V" follows the second which indicates the value of the article is to be reported with that unit of measure.

Example: Shipment consists of 50 dozen t-shirts, weighing 1 kg per dozen and valued at $10 per dozen.  Report as follows:

```
************************************************************
COLUMN 29            COLUMN 31            COLUMN 32
************************************************************
6205.20.2065         50 doz.              500
                     50 kgs.
************************************************************
```

## COLUMN 32)

Do not record the column heading letters, only the required data in the proper format.

## A.  ENTERED VALUE

Record the U.S. dollar value as defined in 19 U.S.C. § 1401a for all merchandise.

Record the value for each line item on the same line as the HTS number.

If the value required for assessment of AD/CVD is different from the entered value, record in parentheses the amount in this column, on the same line as the AD/CVD case

Page 17

number and rate.  If the reported value is not the transaction value it should later be reported under a Reconciliation Entry (Type 09), if approved for reconciliation, or other alternate means.

Report the value in whole dollars rounded off to the nearest whole dollar (if the total entered value for a line item is less than 50 cents report as "0"). Dollar signs are omitted.

Report the total entered value for all line items in block 35.

## B.  CHARGES (CHGS)

Record the aggregate cost in U.S. dollars of freight, insurance and all other charges, costs and expenses incurred while bringing the merchandise from alongside the carrier at the port of exportation in the country of exportation and placing it alongside the carrier at the first U.S. port of entry. Do not include U.S. import duties. In the case of overland shipments originating in Canada or Mexico, such costs shall include freight, insurance, and all other charges, costs and expenses incurred in bringing the merchandise from the point of origin (where the merchandise begins its journey to the United States) in Canada or Mexico to the first U.S. port of entry.

This value shall be shown in whole numbers for each HTS number. It is to be placed beneath the entered value and identified with the letter 'C' (e.g., C550). Dollar signs are omitted.

Charges are not required to be reported for merchandise entered by mode of transportation code 60 (passenger, hand-carried)."

## C.  RELATIONSHIP

Record whether the transaction was between related parties, as defined in 19 C.F.R. § 152.102(g), by placing a "Y" in the column for related and an "N" for not related (the words "related" and "not related" may be used in lieu of "Y" or "N"). "Y" or "N" may be recorded once, at the top of column 32, when applicable to the entire entry summary or may be recorded with each line item below entered value and charges. "Y" or "N" must be recorded with each line item when the relationship differs for line items.

## COLUMN 33)

Do not record the column heading letters, only the required data in the proper format.

## A.  HTS RATE

Record the rate(s) of duty for the classified item as designated in the HTS: free, ad valorem, specific, or compound.

COLUMN 29          COLUMN 33
6201.19.1010      Free

6201.19.9060      2.8%

## B. AD/CVD RATE

Record the AD/CVD rate(s) as designated by the Department of Commerce, International Trade Administration, directly opposite the respective AD/CVD case number(s) shown in column 29.

## C. I.R.C. RATE

Record the tax rate(s) for the classified item as designated in the HTS, or record the CBP approved metric conversion tax rate.

If I.R. tax is deferred, precede I.R.C. rate with "DEF." Show the amount in column 34 and in block 38 but do not include in the "Total" in block 40.

Deferred I.R. tax under 26 U.S.C. § 5232(a) should be identified as "IRS DEF 5232(a)," at the bottom of columns 33 and 34 on the first page of the CBP Form 7501. The deferred I.R. tax amount should not be shown in column 34, block 38, or block 40.

## D. VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE

Record the letter "V" or "C" followed by the visa/certificate number associated with each line. Visa/certificate numbers are generally nine alphanumeric characters in length. The first character is numeric, the second and third character is alphabetic, and the fourth through the ninth character varies, depending on the trade agreement.

The first position of the visa/certificate represents either the year of export, the year for which the certificate is in effect (e.g. date of presentation), or a grouping such as those required for African Growth and Opportunity Act (AGOA) claims. The second and third positions represent the ISO country of origin code. The fourth through the ninth positions represent a unique number issued by the foreign government.

For specific information pertaining to formatting, refer to the Quota Book Transmittals (QBT) that are issued at the beginning of each quota period or to Textile Book Transmittals (TBT). The TBT is issued when new trade legislation or free trade agreements are implemented. These references can be found at http://www.cbp.gov/xp/cgov/import/textiles_and_quotas/

If merchandise is covered by more than one visa/certificate, then separate line items must be shown for each visa/certificate number. All visa numbers and those certificates

required to be eligible for a reduced rate of duty associated with a tariff rate quota must be recorded in column 33.  The above instructions do not apply to agriculture licenses issued by the U.S. Department of Agriculture.

When the country of origin differs from the country of export and the visa/certificate is issued based on the date of export, or the quota is based on the date of export, report the date of export from the country of origin in column 33.  The date of exportation from the exporting country will continue to be reported in block 15.

## E.  AGRICULTURE LICENSE NUMBER

For merchandise subject to agriculture licensing, report the license number in column 33 directly below the tariff rate for that line item.

The license number will be in a ten-character format, including hyphens and spaces. The two acceptable formats are as follows:

  (1) N-AA-NNN-N or (2) N-AB-NNN-N
   (1-cc-234-5)   (1-c -234-5)

The letters N and A represent numeric and alpha characters respectively.  The letter B represents a blank space.  For format 1, the first position is the license type.  The third and fourth positions are the commodity type code.  Positions six through eight represent the license serial number.  The tenth position is the license year.  Positions two, five and nine are hyphens.  Format 2 is identical to the above except position four is blank.

## BLOCK 34) DUTY AND I.R. TAX

Record the estimated duty, AD/CVD, I.R. tax, and any other fees or charges calculated by applying the rate times the dutiable value or quantity.  The amount shown in this column must be directly opposite the appropriate HTS rate(s), AD/CVD rate, I.R. rate and other fees or charges.  This includes those instances where bonding is permitted for AD/CVD.  Where bonding is accomplished, enclose the AD/CVD amounts in parentheses.  Where I.R. tax is deferred under 26 U.S.C. § 5232(a), leave blank.  (See instructions for column 33.)  Dollar signs are omitted.

## OTHER FEE SUMMARY FOR BLOCK 39

For entries subject to payment of AD/CVD and/or any of the various fees, each applicable fee must be indicated in this area, and the individual amount of each fee must be shown on the corresponding line.  AD/CVD amounts are to be included in the summary only when they are actually deposited. Bonded amounts should not be included.  The Block 39 Summary must be on the first page if the entry summary consists of more than one page.

The applicable collection code must be indicated on the same line as the fee or other charge or exaction.  Report the fees in the format below:

| | |
|---|---|
| AD | 012 |
| CVD | 013 |
| Tea Fee | 038 |
| Misc. Interest | 044 |
| Beef Fee | 053 |
| Pork Fee | 054 |
| Honey Fee | 055 |
| Cotton Fee | 056 |
| Pecan Fee | 057 |
| Sugar Fee | 079 |
| Potato Fee | 090 |
| Mushroom Fee | 103 |
| Watermelon | 104 |
| Blueberry Fee | 106 |
| Avocado | 107 |
| Mango | 108 |
| Informal Entry MPF | 311 |
| Dutiable Mail Fee | 496 |
| Merchandise Processing Fee (MPF) | 499 |
| Manual Surcharge | 500 |
| Harbor Maintenance Fee (HMF) | 501 |

There is no de minimis collection for the MPF.  There is an established minimum and maximum due on each formal entry, release or withdrawal from warehouse for consumption.  Report the actual MPF due unless the perspective amount due is less than the established minimum (record the minimum), or exceeds the established maximum (record the maximum).

There is a de minimis on the HMF if it is the only payment due on the entry summary.  If such is the case, HMF of $3 or less will not be collected.  The grand total user fee in this block should be reported as the total fee amount of all line items, but the amount in block 39 should be reported as $0.

Goods originating under a Free Trade Agreement (FTA) may be exempt from MPF. To obtain this exemption, the importer must indicate the appropriate SPI for each HTS number in Column 27.

**BLOCK 35) TOTAL ENTERED VALUE**

Report the total entered value for all line items.  This information is required on all entry summaries.

**BLOCK 36) DECLARATION OF IMPORTER OF RECORD OR AUTHORIZED AGENT**

Select the appropriate boxes as it relates to your circumstances as an importer or agent.

**BLOCK 37) DUTY**

Record the total estimated duty paid (excluding AD/CVD).

**BLOCK 38) TAX**

Record the total estimated tax paid, including any amount deferred (except tax deferred under 26 U.S.C. § 5232(a)).

**BLOCK 39) OTHER**

Record the total estimated AD/CVD or other fees, charges or exactions paid. Do not show AD/CVD amounts that were bonded.  The amounts shown in block 39 of the summary should reflect the amounts actually being paid.

**BLOCK 40) TOTAL**

Record the sum of blocks 37, 38, and 39.  Do not include any I.R. deferred tax shown in column 34 and block 38.  Do not include any AD/CVD that has been bonded.

If no duty, tax, or other charges apply to the transaction, record "0" in this block.

HMF is required to be paid on all warehouse entry summaries (type 21), but is not due on re-warehouse (type 22) entries.

**BLOCK 41) DECLARANT NAME, TITLE, SIGNATURE AND DATE**

Record the name, job title, and signature of the owner, purchaser, or agent who signs the declaration.  Record the month, day, and year (MM/DD/YYYY), when the declaration is signed.

When the entry summary consists of more than one page, the signature of the declarant, title, and date must be recorded on the first page.

Certification is the electronic equivalent of a signature for data transmitted through ABI. This electronic (facsimile) signature must be transmitted as part of the entry summary data.

## BLOCK 42) BROKER/FILER INFORMATION

This block is reserved for a broker or filer name, address and phone number.

## BLOCK 43) BROKER/IMPORTER FILE NO.

This block is reserved for a broker or importer internal file or reference number.
## PREPARATION OF ENTRY DOCUMENTS

The filer must submit entry documents for both entry summaries and entry/entry summaries in an ordered manner.  To ensure uniformity in this matter, entry documents are to be arranged in the following order:

> Check
> Statistical copy (Non-ABI only)
> Collection copy (non-statement)
> Certification
> Record Copy
> CBP Form 3461 or Alt.
> Single entry bond, when applicable
> Invoice
> Packing List
> Other Agency Documents

All documents should be stapled together in the upper left-hand corner by the filer of the entry summary or entry/entry summary.

A minimum of two copies of a warehouse withdrawal for consumption, CBP Form 7501, will be presented (importer's copy and permit copy).   If not paying via ACH, a cashier's copy is also required.  Non-ABI submissions must include a fourth copy for statistical purposes. If deferred tax is involved, at least one extra copy of the CBP Form 7501 must be included.

## SUMMARY OF ENTERED VALUE/CURRENCY CONVERSION

The summary of entered value and currency conversion (if appropriate) may be shown on a worksheet attached to the entry summary or across column 28. On a multi-page entry summary, show the summary of entered values on the last page following the last line item.

If a filer prepares line items by invoice (i.e., group line items by invoice), the summary may be prepared with values for each invoice in lieu of a grand summation at the end of the entry summary.

## INFORMAL ENTRY

Informal entries may be made on the CBP Form 7501. The following blocks are to be completed for informal entries where applicable: [1, 2, 6, 8, 10, 11, 12, 14, 16, 17, 23, 26, 27, 28, 29A, 30A, 30B, 31, 32A, 33A, 33C, 34, 35, 36, 37, 38, 39, 40, and 41]. For ABI transmissions, blocks 9,15, and, 20 are also required.

When goods are released on a CBP Form 3461 and subsequently followed up by an informal entry summary (CBP Form 7501), the entry date (date of release) must be shown in block 7 on the CBP Form 7501.

Block 21, Location of Goods, will be filled in only if merchandise has been placed in a general order warehouse.

No statistical copy of the CBP Form 7501 is required for an informal entry summary.

## APPRAISEMENT ENTRY

When the CBP Form 7501 is used as an appraisement entry as, defined in 19 C.F.R. § 143.11, the following declaration requesting appraisement under 19 U.S.C. §1498(a)(10), should be added to the body of the CBP Form 7501 or attached on top as follows:

> I hereby request appraisement under 19 U.S.C. §1498(a)(10). I declare, to the best of my knowledge and belief, that this entry and the documents presented therewith set forth all the information in my possession, or in the possession of the owner of the merchandise described herein, as to the cost of such merchandise; that I am unable to obtain any further information as to the value of the said merchandise or to determine its value for the purpose of making formal entry thereof; that the information contained in this entry and in the accompanying documents is true and correct; and that the person(s) named above is the owner of the same merchandise.

> Signature
> Title

> To the Port Director: The merchandise described above has been examined and the contents and values are noted above.

> CBP Officer
> Date

## DELIMITERS FOR LINE ITEMS

A solid line, broken line, or a blank line to facilitate the processing of the entry summary must separate each line item on the CBP Form 7501 and continuation sheet.

## ADDITIONAL DATA ELEMENTS

Filers of the CBP Form 7501 may, on their own initiative, provide additional or clarifying information on the form provided such additional information does not interfere with the reporting of those required data elements.  Such additional or clarifying information may be placed in any location on the form solely at the discretion of the filer provided it does not interfere with any required data element.  In such instances, CBP will not mandate what the additional information may be or where it is to be placed on the form.

Invoices may be separately identified in the body of the CBP Form 7501 and the continuation sheet across column 28 followed by the line items appropriate to that invoice.

## WAREHOUSE WITHDRAWAL

If the warehouse withdrawal is for the personal use of diplomatic, consular, other privileged personnel, or for public international organizations, the CBP Form 7501 must clearly state "WAREHOUSE WITHDRAWAL FOR DIPLOMATIC USE" at the top of Column 28, followed by the words "DS Form 1504 Attached."

Blanket permits may be issued to withdraw (1) merchandise from duty-free stores for exportation, (2) merchandise for diplomatic use, and (3) merchandise for aircraft or vessel supply.

Applications for Blanket Permits shall be filed in triplicate on the CBP Form 7501.  The words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW" must be printed in capital letters or stamped in the top margin.

Withdrawal for blanket permits shall bear the words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW."  When the last withdrawal under a blanket permit is filed, the words "LAST WITHDRAWAL UNDER BLANKET PERMIT" shall be depicted on the CBP Form 7501.

## REWAREHOUSE ENTRY

Where the CBP Form 7501 is filed as a rewarehouse entry, blocks 8, 12, 19 and 20 are not required to be completed.

**NAFTA DUTY DEFERRAL**

The CBP Form 7501 is used to file a NAFTA Duty Deferral claim (entry type 08).  Refer to the Duty Deferral Handbook or contact the local CBP Office for complete instructions on how to complete the form for Duty Deferral purposes.

**CONSOLIDATED ENTRY SUMMARY**

Where the CBP Form 7501 entry summary covers more than one release, (19 C.F.R. § 142.17) report each entry or release number separately, followed by the associated line item number and information.

**TEMPORARY IMPORTATION UNDER BOND (TIB) ENTRY**

TIB Entry Summaries (type 23) are processed in CBP's automated system after review for TIB eligibility.  The data required to be reported on a TIB entry summary are the same as those usually reported on a regular consumption entry.  Also, 19 C.F.R. § 10.31(a)(3) identifies additional information that is required to be shown on a TIB entry summary. As a reminder, merchandise that is normally subject to quota, either on consumption entries or on withdrawals from warehouse for consumption, is also subject to quota when entered on a TIB.

**Appendix 1**

**CHECK DIGIT COMPUTATION FORMULA**

Check digits are computed from the filer code and transaction numbers (the first 7 digits of the entry number).  Entry filer codes containing alpha characters must be transformed to a numeric equivalent prior to computing the check digit.  The numeric equivalent for each alpha charter is as follows:

| | | | |
|---|---|---|---|
| A=1 | H=8 | O=6 | U=4 |
| B=2 | I=9 | P=7 | V=5 |
| C=3 | J=1 | Q=8 | W=6 |
| D=4 | K=2 | R=9 | X=7 |
| E=5 | L=3 | S=2 | Y=8 |
| F=6 | M=4 | T=3 | Z=9 |
| G=7 | N=5 | | |

Example: Entry filer code B76 would transform to 276 for check digit computation purposes.

A. Using entry filer code B76 (276) and a transaction number 0324527 as an example, the check digit is computed as follows:

Number for which check digit will be computed is: 2760324527

B.  Start the calculation process by multiplying every other position by 2.  (Essentially, all even positions will be multiplied by 2.)

*Note: High order zeros are a significant element in the computation process and must be included in the transaction number.  If the result of the multiplication is greater than 9, add 1 to the sum, but disregard the digit in the tens column.

| 7 | 0 | 2 | 5 | 7 | | |
|---|---|---|---|---|---|---|
| x2 | x2 | x2 | x2 | x2 | | (Multiply by 2) |
| 14 | 0 | 4 | 10 | 14 | | |
| +1 | | | +1 | +1 | | (Add 1 if total is greater than 9.) |
| 15 + | 0 + | 4 + | 11 + | 15 | | (Disregard digit in the tens column) |

C.  Add results 5+0+4+1+5=**15**

D.  Total all odd positions starting at the beginning 2760324527
2+6+3+4+2=**17**

E.  Add the sums from steps C and D.    15+17 = 32

F.  Subtract the units digit (last digit) derived in step E (3$\underline{2}$) from 10.  The result is the check digit .    10 - 2 = **8**

G.  Normally, the result of the arithmetic will be a single digit.  In instances when the units digit subtracted from the sum in step E is a 0, the check digit will be 0.

The resulting entry number from the example would be shown as follows:

B76-0324527-8

## CHECK DIGIT COMPUTATION FORMULA

Using the entry number R07-1010035, this chart was used to compute the check digit:

|   | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | ? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | 9 | 6 | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | |
| **B** | | X 2 | | X 2 | | X 2 | | X 2 | | X 2 | |
| | | 1 2 | | 2 | | 2 | | 0 | | 10 | |
| * | | + 1 | | + 0 | | + 0 | | + 0 | | + 1 | |
| **C** | | 3 | + | 2 | + | 2 | + | 0 | + | 1 | 8 |
| **D** | 9 | + | 7 | + | 0 | + | 0 | + | 3 | = | + 19 |
| **E** | | | | | | | | | | | 27 |
| **F** | | | | | | | | | | | 10 |
| | | | | | | | | | | | - 7 |
| **G** | | | | | | | | | | | 3 |
| | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | 3 |

## CHECK DIGIT FACTOR

There are some filers who are authorized to use a check digit factor of 1 or higher. Essentially, the check digit factor is provided to filers who have exhausted the check digits for their filer code.  The check digit factor allows the filer to compute the check digit then add one or two for the new check.  When authorized, the check digit factor is posted to the filer's national filer maintenance record.

For example, if a filer has been authorized to use a check digit factor of 1, using the example above, B76-0324527-8, the check digit (8) would be changed to (9).

The Office of Field Operations, Trade Compliance and Facilitation, Broker Management Branch authorizes the Check Digit Factor.

**Appendix 2**

**RULES FOR CONSTRUCTING THE MANUFACTURER IDENTIFICATION CODE**

These instructions provide for the construction of an identifying code for a manufacturer or shipper from its name and address. The code can be up to 15 characters in length, with no inserted spaces.

To begin, for the first 2 characters, use the ISO code for the actual country of origin of the goods. The exception to this rule is Canada. "CA" is NOT a valid country for the manufacturer code; instead, show as one of the appropriate province codes listed below:

| | |
|---|---|
| ALBERTA | XA |
| BRITISH COLUMBIA | XC |
| MANITOBA | XM |
| NEW BRUNSWICK | XB |
| NEWFOUNDLAND (LABRADOR) | XW |
| NORTHWEST TERRITORIES | XT |
| NOVA SCOTIA | XN |
| NUNAVUT | XV |
| ONTARIO | XO |
| PRINCE EDWARD ISLAND | XP |
| QUEBEC | XQ |
| SASKATCHEWAN | XS |
| YUKON TERRITORY | XY |

Next, use the first three characters from the first two "words" of the name. If there is only one "word" in the name, then use only the first three characters from the first name. For example, Amalgamated Plastics Corp. would be "AMAPLA;" Bergstrom would be "BER."

If there are two or more initials together, treat them as a single word. For example, A.B.C. Company or A B C Company would yield "ABCCOM." O.A.S.I.S. Corp. would yield "OASCOR." Dr. S.A. Smith yields "DRSA," Shavings B L Inc. yields "SHABL."

In the manufacturer name, ignore the English words a, an, and, of, and the. For example, "The Embassy of Spain" would yield "EMBSPA."

Portions of a name separated by a hyphen are to be treated as a single word. For example, "Rawles-Aden Corp." or "Rawles – Aden Corp." would both yield "RAWCOR."

Some names will include numbers. For examples, "20th Century Fox" would yield "20TCEN" and "Concept 2000" yields "CON200."

Some words in the title of the foreign manufacturer's name should not be used for the purpose of constructing the MID.  For example, most textile factories in Macau start with the same words, "Fabrica de Artigos de Vestuario" which means  "Factory of Clothing." For a factory named  "Fabrica de Artigos de Vestuario JUMP HIGH Ltd," the portion of the factory name that identifies it as a unique entity is "JUMP HIGH."  This is the portion of the name that should be used to construct the MID.  Otherwise, all of the MIDs from Macau would be the same, using "FABDE," which is incorrect.

Similarly, many factories in Indonesia begin with the prefix PT, such as "PT Morich Indo Fashion."  In Russia, other prefixes are used, such as "JSC," "OAO," "OOO," and "ZAO."  These prefixes should be eliminated for the purpose of constructing the MID.

Next, find the largest number on the street address line and use up to the first four numbers. For example, "11455 Main Street Suite 9999" would yield "1145."  A suite number or a post office box should be used if it contains the largest number.  For example, "232 Main Street Suite 1234" would yield "1234."  If the numbers in the street address are spelled out, such as "One Thousand Century Plaza," there will be no numbers in this section of the MID.  However, if the address is "One Thousand Century Plaza Suite 345," this would yield "345."

When commas or hyphens separate numbers, ignore all punctuation and use the number that remains.  For examples, "12,34,56 Alaska Road" and "12-34-56 Alaska Road" would yield "1234."  When numbers are separated by a space, the space is a delimiter and the larger of the two numbers should be selected.  For example, "Apt. 509 2727 Cleveland St." yields "2727."

Finally, use the first three alpha characters from the city name.  "Tokyo" would be "TOK," "St. Michel" would be "STM," "18-Mile High" would be "MIL," and "The Hague" would be "HAG."  Notice that numerals in the city line are to be ignored.

For city-states, use the country name to compose the first three alpha characters.  For examples, Hong Kong would be "HON," Singapore would be "SIN," and Macau would be "MAC."

General Rules:
Ignore all punctuation, such as commas, periods, apostrophes and ampersands.  Ignore all single character initials, such as the "S" in "Thomas S. Delvaux Company."  Ignore leading spaces in front of any name or address.

Listed below are examples of manufacturer names and addresses and their MID codes:

LA VIE DE FRANCE
243 Rue de la Payees
62591 Bremond, France

FRLAVIE243BRE

20TH CENTURY TECHNOLOGIES
5 Ricardo Munoz, Suite 5880
Caracas, Venezuela

VE20TCEN5880CAR

THE E.K. RODGERS COMPANIES
One Hawthorne Lane
London, England SW1Y5HO

GBEKRODLON

THE GREENHOUSE
45 Royal Crescent
Birmingham, Alabama 35204

USGRE45BIR

CARDUCCIO AND JONES
88 Canberra Avenue
Sidney, Australia

AUCARJON88SID

N. MINAMI & CO., LTD.
2-6, 8-Chome Isogami-Dori
Fukiai-Ku
Kobe, Japan

JPMINCO26KOB

BOCCHACCIO S.P.A.
Visa Mendotti, 61
8320 Verona, Italy

ITBOCSPA61VER

MURLA-PRAXITELES INC.
Athens, Greece

GRMURINCATH

SIGMA COY E.X.T.
4000 Smyrna, Italy
1640 Delgado

ITSIGCOY1640SMY

COMPANHIA TEXTIL KARSTEN
Calle Grande, 25-27
67890 Lisbon, Portugal

PTKAR2527LIS

HURON  LANDMARK
1840 Huron Road
Windsor, ON, Canada N9C 2L5

XOHURLAN1840WIN