UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES,<br>　　　　Defendant. | Before: Donald C. Pogue,<br>　　　　　Senior Judge<br>Consol. Court No. 15-00067[1] |

ORDER

USCIT Rule 56.2(c)(3) requires that, when briefing a motion for judgment upon an agency record in an action described in 28 U.S.C. § 1581(c), "the submitting party must file an appendix containing a copy of those portions of the administrative record cited in the brief" within seven days of the brief's filing. In accordance with and as a further clarification of Rule 56.2(c)(3), it is hereby

ORDERED that the documents included in the parties' appendices pursuant to Rule 56.2(c)(3) shall be reproduced in their entirety for individual documents of less than 10 pages, and documents of 10 pages or more shall not be reproduced in their entirety but rather the parties shall include the first page of the document and sufficient additional pages to provide context for a referenced record citation (e.g., the entire section or heading containing any relevant part of a party's

---

[1] This case is consolidated with Ct. Nos. 15-00071, 15-00083, 15-00087, 15-00088, and 15-00089. Order, July 1, 2015, ECF No. 31, at ¶ 1.

Consol. Ct. No. 15-00067                                        Page 2

questionnaire response or an agency staff memorandum, including all relevant sections of any exhibits, appendices, or additional record documents referenced therein); and it is further

ORDERED that the documents included in the parties' appendices pursuant to Rule 56.2(c)(3) shall be organized and indexed using individual 'Tabs' for each document contained in the appendix (labelled Tab 1, Tab 2, etc.), and each document shall be either separated by searchable page breaks, or filed as a separate attachment within the electronic docket entry for that appendix (see, e.g., Ct. No. 13-00346, ECF Nos. 43 & 44); and it further

ORDERED that, when citing record documents containing confidential business proprietary information ("BPI"), the submitting party shall file a confidential version and a separate public version of its Rule 56.2(c)(3) appendix, and these versions shall be identical (i.e., the same documents, organized into and indexed by the same number and ordering of 'Tabs' within both the confidential and the public versions) except for the redaction from the public version of all bracketed BPI contained in the confidential version.

                                            /s/ Donald C. Pogue
                                        Donald C. Pogue, Senior Judge

Dated: November 18, 2015
       New York, NY