UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION ET AL. ) <br> ) <br> Consolidated Plaintiffs ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> ) <br> Defendant ) <br> ) <br> and ) <br> ) <br> SOLARWORLD AMERICAS, INC. ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Consol. Court No. 15-00067 <br><br> Before: Hon. Donald C. Pogue, <br> Senior Judge |

## ORDER

Upon consideration of SunPower Corporation's ("SunPower") Motion to Enlarge Scope of Preliminary Injunction to Include Entries Made by SunPower Corporation, Systems ("Motion") in connection with Court No. 15-00083, it is hereby

**ORDERED**, that SunPower's Motion is granted, and it is further

**ORDERED**, that Defendant United States, together with its delegates, officers, agents, servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, are hereby ENJOINED during the pendency of this litigation, (including all relevant appeals and remands) from liquidating, ordering the liquidation of, or causing liquidation of any unliquidated entries of certain crystalline silicon photovoltaic products from the People's Republic of China that:

    i.    were imported by SunPower Corporation, Systems; and

    ii.    were suspended pursuant to Department of Commerce case number A-570-010; and

    iii.    were entered, or withdrawn from warehouse, for consumption from July 31, 2014, through January 26, 2015, and February 10, 2015, through January 31, 2016; and

    iv.    remain unliquidated as of 5 o'clock p.m. on the day this order is executed; and it is further

**ORDERED**, that this injunction shall expire upon entry of a final and conclusive court decision in this litigation, including all appeals and remand proceedings as provided in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516A(e).

**SO ORDERED.**

Dated: December 30, 2015
New York, New York

/s/ Donald C. Pogue
Senior Judge