UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Before: Donald C. Pogue,<br>　　　　　Senior Judge<br><br>Consol. Ct. No. 15-00067[1] |
| SUNPOWER CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Ct. No. 15-00090 |

ORDER

Upon consideration of all proceedings and filings made in the above-captioned matters, and upon due deliberation, it is hereby

ORDERED that SunPower Corp. v. United States, Ct. No. 15-00090, is consolidated under SunPower Corp. v. United States, Consol. Ct. No. 15-00067; and it is further

---

[1] This action is consolidated with Court Nos. 15-00071, 15-00083, 15-00087, 15-00088, and 15-00089. Order, July, 1, 2015, ECF No. 31.

Consol. Ct. No. 15-00067  
and Ct. No. 15-00090

Page 2

    ORDERED that the briefing schedule in <u>SunPower Corp. v. United States</u>, Consol. Ct. No. 15-00067, Order, July 1, 2015, Consol. Ct. No. 15-00067, ECF No. 31, at ¶ 7, remains unmodified.

                                       /s/ Donald C. Pogue  
                               Donald C. Pogue, Senior Judge

Dated: January 13, 2016  
       New York, NY