UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JUDGE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| CANADIAN SOLAR INC., *ET AL.*, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | Consol. Court No. 15-00067 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SOLARWORLD AMERICAS, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |

**ORDER**

Upon consideration of defendant's consent motion for an extension of time to file its response to plaintiffs' motions for judgment, and all other papers, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that defendant and defendant-intervenor shall file their response briefs no later than February 16, 2016, and it is further

ORDERED that reply briefs shall be filed no later than April 1, 2016.

Dated: _____, 2016          _____
          New York, New York                                    SENIOR JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JUDGE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br>  and ) <br> ) <br> CANADIAN SOLAR INC., *ET AL.*, ) <br> ) <br> Plaintiff-Intervenors, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br>  and ) <br> ) <br> SOLARWORLD AMERICAS, INC., ) <br> ) <br> Defendant-Intervenor. ) | Consol. Court No. 15-00067 |

## **DEFENDANT'S CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rule 7(b) of the Rules of this Court and this Court's July 1, 2015 scheduling order, defendant, the United States, respectfully requests that the Court amend the scheduling order and grant the Government a short extension of time of 14-days, to and including February 16, 2016, within which to file its response to plaintiffs' motions for judgment on the administrative record. Our brief is currently due on February 2, 2016. We have not previously requested an extension of time for this purpose. All parties have consented to this motion and request that all dates also be extended 14 days.

"Extraordinary circumstances" warrant a brief two-week extension in this case. An enlargement of time is necessary because, despite Government counsel's best efforts, she will be unable to complete the Government's brief by the February 2, 2016 deadline. Counsel's workload over the holidays and in January, much of which was unexpected and relates to the very solar cells and panels 2012 and 2014 orders at issue in this appeal, has substantially delayed her progress on this brief and her coordination with the Department of Commerce (Commerce). On December 8, 2015, in *Sunpreme Inc. v. United States*, Ct. No. 15-00315, an importer of solar modules from China filed a complaint and motion for temporary restraining order and preliminary injunction, challenging U.S. Customs and Border Protection's suspension of liquidation and requirement of cash deposits on plaintiff's merchandise. *Sunpreme* required expedited and extensive briefing during the latter part of December on plaintiff's motion and the Government's motion to dismiss.

Moreover, two motions to appear as *amicus curiae* have just been filed –without consultation with the parties and without our consent – in the companion countervailing duty case, *Changzhou Trina Solar Energy Co. v. United States*, Consol. Ct. No. 15-00068, to which our responses are due on February 3 and 8, 2016. Although counsel for the Government has been working diligently in her drafting of the brief and coordination with Commerce, we require an additional two weeks to accommodate the delay caused by devoting resources to these other cases.

In addition, Government counsel's work on other cases has further delayed her progress, including: (1) the Government's oral argument in *Calgon Carbon Corp. v. United States*, Consol. Ct. No. 14-00326, which was scheduled after entry of this Court's scheduling order issued in this case and held on December 10, 2015; (2) the Government's response to comments

in *RZBC Grp. Shareholding Co. v. United States*, Ct. No. 14-0041, which was filed on January 20, 2016; (3) the Government's response brief in *Federal Education Association v. Department of Defense*, Fed. Cir. No. 2015-3173, which is due on February 1, 2016; (4) the Government's response brief in *Joppy v. United States*, Fed. Cir. No. 2016-1329, which is due on February 1, 2016; (5) the administrative record and answer in *Supreme Inc. v. United States*, Ct. No. 15-00315, which are due on February 12, 2016; and (6) consideration of whether to seek further review of the Court of Appeals for the Federal Circuit's January 15, 2016 decision in *Muller v. GPO*, Fed. Cir. No. 2015-3032. Government counsel was also unexpectedly delayed one business day from returning from her three-day trip taken over the Martin Luther King, Jr. Day holiday.

    For these reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time of 14 days, to and including February 12, 2016, within which to respond to the plaintiffs' motions for judgment.

                                                    Respectfully submitted,

                                                   BENJAMIN C. MIZER
                                                   Principal Deputy Assistant Attorney General

                                                   JEANNE E. DAVIDSON
                                                   Director

                                                   s/Reginald T. Blades, Jr.
                                                   REGINALD T. BLADES, JR.
                                                   Assistant Director

|  |  |
|---|---|
| OF COUNSEL: | s/Melissa M. Devine<br>MELISSA M. DEVINE<br>Trial Attorney |
| REBECCA CANTU<br>Senior Attorney<br>Office of the Chief Counsel<br>　for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0341<br>Fax: (202) 514-8624<br>Email:  melissa.m.devine@usdoj.gov |
| January 20, 2016 | Attorneys for Defendant |