UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JUDGE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORPORATION, | ) |
| Plaintiff, | ) |
| and | ) |
| CANADIAN SOLAR INC., *ET AL.*, | ) |
| Plaintiff-Intervenors, | ) |
| v. | ) Consol. Court No. 15-00067 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SOLARWORLD AMERICAS, INC., | ) |
| Defendant-Intervenor. | ) |

## ORDER

Upon consideration of defendant's consent motion for an extension of time to file its response to plaintiffs' motions for judgment, and all other papers, it is hereby

ORDERED that the motion is granted in part, and it is further

ORDERED that defendant and defendant-intervenor shall file their response briefs no later than February 9, 2016, and it is further

ORDERED that reply briefs shall be filed no later than March 25, 2016.

Dated: January 20, 2016
New York, New York

/s/ Donald C. Pogue
Senior Judge