UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORP., </br></br>  Plaintiff, </br> and </br></br> CANADIAN SOLAR INC., *et. al.*, </br></br>  Plaintiff-Intervenors, </br> v. </br></br> THE UNITED STATES, </br></br>  Defendant, </br> and </br></br> SOLARWORLD AMERICAS, INC., </br></br>  Defendant-Intervenor. | Consol. Court No. 15-00067 |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Their Reply Brief and Request to Amend the Scheduling Order on behalf of Plaintiff-Intervenors Canadian Solar Inc., Changzhou Trina Solar Energy Co., Ltd., China Sunergy (Nanjing) Co., Ltd., Chint Solar (Zhejiang) Co., Ltd., ET Solar Industry Ltd., Hefei JA Solar Technology Co., Ltd., Jinko Solar Co., Ltd., LDK Solar Hi-Tech (Nanchang) Co., Ltd., Perlight Solar Co., Ltd., ReneSola Jiangsu Ltd., Shanghai JA Solar Technology Co., Ltd., Shenzhen Sacred Industry Co., Ltd., Shenzhen Sungold Solar Co., Ltd., Sumec Hardware & Tools Co., Ltd., Sunny Apex Development Ltd., Wuhan FYY Technology Co., Ltd., Wuxi Suntech Power Co., Ltd., Zhongli Talesun Solar Co., Ltd., Znshine PV-Tech Co., Ltd. (collectively, "Plaintiff\s-Intervenors"), and all other papers and proceedings herein, it is hereby:

Cons. Court No. 15-0067

**ORDERED** that Plaintiff-Intervenors' motion is granted in part; and it is further

**ORDERED** that Plaintiffs shall file their reply briefs no later than March 29, 2016.

**SO ORDERED.**

Dated: March 17, 2016
New York, NY

/s/ Donald C. Pogue
Senior Judge

AFDOCS/13075824.2