FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 11

| | |
|---|---|
| SunPower Corporation and SunPower Corporation, Systems et al.<br><br>                          Plaintiff,<br><br>   v.<br>United States<br><br>                          Defendant. | Consol. Court No.: 15-00067 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Plaintiffs SunPower Corporation and SunPower Corporation, Systems, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel J. Gerkin (Jerome J. Zaucha of K&L Gates also will continue as counsel)

Date: March 22, 2016

Daniel J. Gerkin
Attorney

Vinson & Elkins LLP
Firm

2200 Pennsylvania Ave., Suite 500 West
Street Address

Washington, DC 20037
City, State and Zip Code

(202) 639-6654
Telephone Number

dgerkin@velaw.com
E-mail Address

FORM 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 15-00067 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)