**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by __Daniel J. Gerkin__
(Name of attorney of record)

on behalf of __SunPower Corporation and SunPower Corporation, Systems__ in the matter of __SunPower Corporation and SunPower Corporation, Systems__ v. __United States__,
Court No. __15-00067__.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
SunPower Corporation ("SunPower") is publicly traded on the NASDAQ Global Select Market, but does not have any publicly traded subsidiaries or affiliates (SunPower Corporation, Systems is a wholly owned affiliate). Approximately 60 percent of SunPower's common stock is owned by Total Gas & Power USA, SAS, which is 100 percent owned by Total Gaz Electricite Holdings France SAS, which is 100 percent owned by Elf Aquitaine SA, which is 100 percent owned by Total SA, which is a publicly traded company listed on the Paris Stock Exchange and also has American Depository Receipts traded on the New York Stock Exchange.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.
SunPower and SunPower Corporation, Systems are the real parties in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

_____     March 22, 2016
(Signature of Attorney)                    (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)