

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>+1 202 736 8000<br>+1 202 736 8711 FAX | BEIJING        HONG KONG      SHANGHAI<br>BOSTON         HOUSTON        SINGAPORE<br>BRUSSELS       LONDON         SYDNEY<br>CENTURY CITY   LOS ANGELES    TOKYO<br>CHICAGO        NEW YORK       WASHINGTON, D.C.<br>DALLAS         PALO ALTO<br>GENEVA         SAN FRANCISCO |
| nellis@sidley.com<br>+1.202 736 8075 | FOUNDED 1866 |

March 29, 2016

**FILED ELECTRONICALLY**

The Honorable Tina Potuto Kimble
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

      Re:    *SunPower Corp. v. United States*, Consol. Court. No. 15-00067

Dear Ms. Kimble:

    On behalf of Consolidated Plaintiff-Intervenors Yingli Green Energy Holding Co., Ltd. and Yingli Green Energy Americas, Inc. (collectively, "Yingli"), enclosed for filing in the above-captioned proceedings is the Reply Brief in support of Yingli's Motion for Judgment on Agency Record. Pursuant to the Court's order dated March 17, 2016, these documents are timely filed.

    Copies of this filing have been served today on the parties listed in the attached certificate of service.

    Please do not hesitate to contact the undersigned if you have any questions regarding this matter.

               Respectfully submitted,

               /s/ Neil R. Ellis

               Neil R. Ellis

               *Counsel for Yingli Green Energy Holding Co., Ltd. and Yingli Green Energy Americas, Inc.*

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORP., <br><br>     Plaintiff, <br> and <br><br>CANADIAN SOLAR INC., *et al*. <br><br>     Consolidated Plaintiffs, <br><br> and <br><br>YINGLI GREEN ENERGY HOLDING CO., LTD. and YINGLI GREEN ENERGY AMERICAS, INC., *et al*., <br><br>     Consolidated Plaintiff-Intervenors, <br><br>  v. <br><br>UNITED STATES, <br><br>     Defendant, <br><br> and <br><br>SOLARWORLD AMERICAS, INC. <br><br>     Defendant-Intervenor. | Consol. Court No. 15-00067 |

### REPLY OF CONSOLIDATED PLAINTIFF-INTERVENORS YINGLI GREEN ENERGY HOLDING CO., LTD. AND YINGLI GREEN ENERGY AMERICAS, INC. IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, Yingli Green Energy Holding Company Limited and Yingli Green Energy Americas, Inc. (collectively "Yingli"), consolidated plaintiff-intervenors in the above-captioned action, hereby submit this reply in support of their motion for judgment on the agency record.

2

      Yingli hereby adopts the arguments presented by consolidated plaintiffs Canadian Solar Inc. *et al*. in their joint reply brief filed today.  For the reasons presented therein, Yingli submits that the Court should grant this motion for judgment on the agency record, and remand this proceeding to the U.S. Department of Commerce with instructions to revoke the antidumping and countervailing duty orders subject to this appeal, *Certain Crystalline Silicon Photovoltaic Products From the People's Republic of China*, 80 Fed. Reg. 8592 (Dep't Commerce Feb. 18, 2015) (amended final CVD determ. and AD/CVD orders).

      Respectfully submitted,

      /s/ Neil R. Ellis

      Neil R. Ellis

      Counsel for Yingli Green Energy Holding Co., Ltd. and Yingli Green Energy Americas, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the attached filing have been served electronically via the Court's CM/ECF system on March 29, 2016, addressed to the following parties:

**On behalf of SunPower Corporation:**
Daniel J. Gerkin
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037

**On behalf of Suniva, Inc:**
Gregory S. McCue
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**On behalf of Shanghai BYD Co., Ltd., *et al*.:**
Craig Anderson Lewis
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 2004

**On behalf of Canadian Solar Inc., *et al*.:**
John M. Gurley
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006

**On Behalf of the United States:**
Melissa M. Devine
U.S. Department of Justice
Commercial Litigation Branch-Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

**On behalf of SolarWorld Americas, Inc.:**
Timothy C. Brightbill
Wiley Rein LLP
1776 K Street, NW
Suite 9 East
Washington, DC 20006

      /s/ Neil R. Ellis
      Neil R. Ellis