**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE DONALD C. POGUE, SENIOR JUDGE**

| | |
|---|---|
| SUNPOWER CORP., | ) |
| Plaintiff, | ) |
| and | ) |
| CANADIAN SOLAR INC., *et. al.,* | ) Consol. Court No. 15-00067 |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SOLARWORLD AMERICAS, INC., | ) |
| Defendant-Intervenor. | ) |

**ORDER**

Upon consideration of the Joint Motion for Oral Argument on behalf of Plaintiffs Canadian Solar Inc., Changzhou Trina Solar Energy Co., Ltd., China Sunergy (Nanjing) Co., Ltd., Chint Solar (Zhejiang) Co., Ltd., ET Solar Industry Ltd., Hefei JA Solar Technology Co., Ltd., Jinko Solar Co., Ltd., LDK Solar Hi-Tech (Nanchang) Co., Ltd., Perlight Solar Co., Ltd., ReneSola Jiangsu Ltd., Shanghai JA Solar Technology Co., Ltd., Shenzhen Sacred Industry Co., Ltd., Shenzhen Sungold Solar Co., Ltd., Sumec Hardware & Tools Co., Ltd., Sunny Apex Development Ltd., Wuhan FYY Technology Co., Ltd., Wuxi Suntech Power Co., Ltd., Zhongli Talesun Solar Co., Ltd., Znshine PV-Tech Co., Ltd., as well as Consolidated-Plaintiff Suniva, Inc., collectively "Consolidated Plaintiffs," and all other papers and proceedings herein, it is hereby:

ORDERED that Consolidated Plaintiffs' motion is GRANTED; and it is further

ORDERED that that oral argument will be set for a date and time convenient to the Court and the parties.

SO ORDERED.

                                                                                                        _____
                                                                                                         The Hon. Donald C. Pogue, Senior Judge

Dated: _____, 2016
       New York, NY

AFDOCS/13216947.2

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE DONALD C. POGUE, SENIOR JUDGE**

| | |
|---|---|
| SUNPOWER CORP., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| and | ) <br> ) |
| CANADIAN SOLAR INC., *et. al.,* | ) <br> ) |
| Plaintiff-Intervenors, | ) Consol. Court No. 15-00067 |
| v. | ) <br> ) |
| THE UNITED STATES, | ) <br> ) |
| Defendant, <br> and | ) <br> ) <br> ) |
| SOLARWORLD AMERICAS, INC., | ) <br> ) |
| Defendant-Intervenor. | ) <br> ) |

**CANADIAN SOLAR INC.,** ***ET AL.*** **AND SUNIVA, INC.'S**
**JOINT MOTION FOR ORAL ARGUMENT**

Pursuant to Rules 7(c) and 56.2(e) of the Rules of the United States Court of International Trade, we submit this Motion for Oral Argument on behalf of Plaintiffs Canadian Solar Inc., Changzhou Trina Solar Energy Co., Ltd., China Sunergy (Nanjing) Co., Ltd., Chint Solar (Zhejiang) Co., Ltd., ET Solar Industry Ltd., Hefei JA Solar Technology Co., Ltd., Jinko Solar Co., Ltd., LDK Solar Hi-Tech (Nanchang) Co., Ltd., Perlight Solar Co., Ltd., ReneSola Jiangsu Ltd., Shanghai JA Solar Technology Co., Ltd., Shenzhen Sacred Industry Co., Ltd., Shenzhen Sungold Solar Co., Ltd., Sumec Hardware & Tools Co., Ltd., Sunny Apex Development Ltd., Wuhan FYY Technology Co., Ltd., Wuxi Suntech Power Co., Ltd., Zhongli Talesun Solar Co., Ltd., Znshine PV-Tech Co., Ltd., as well as Consolidated-Plaintiff Suniva, Inc., collectively

"Consolidated Plaintiffs." Consolidated Plaintiffs respectfully move this Court for an order setting a date and time for oral arguments in the appeal. This motion is timely filed pursuant to Rule 56.2(e) of the Rules of the United States Court of International Trade, within 21 days of March 29, 2016 when the reply briefs in this proceeding were served.

Upon reviewing the briefing in this matter, covering claims raised by all the parties in the appeals consolidated into this action, Consolidated Plaintiffs believe that oral argument will assist the Court in reaching a disposition in the consolidated appeals in this case. Oral argument would allow the Court to question the parties in more detail about the issues of particular significance to the Court.

Pursuant to Rule 7(f) of the Rules of this Court, on April 19, 2016, counsel for Canadian Solar, *et al.*, Diana Dimitriuc Quaia, consulted with Melissa Devine, counsel for Defendant, the United States, who stated that the government takes no position on this motion and leaves it to the discretion of the Court as to whether oral argument is appropriate in this case. Counsel for Defendant also indicated that it will participate at oral argument if scheduled by the Court. On April 19, 2016 counsel for Canadian Solar, *et al.*, Diana Dimitriuc Quaia, consulted with Timothy Brightbill, counsel for SolarWorld Americas, Inc., who indicated that SolarWorld Americas takes no position on this motion and leaves it to the discretion of the Court as to whether oral argument is appropriate in this case, but requests to participate if oral argument is scheduled.

On April 18, 2016 counsel for Canadian Solar, *et al.*, Diana Dimitriuc Quaia, consulted on this motion with Daniel Gerkin, counsel for SunPower Corporation, with Craig Lewis, counsel for Shanghai BYD Co., Ltd. and BYD (Shangluo) Industrial Co., Ltd., and with Neil R. Ellis, counsel for Yingli Green Energy Holding Company Limited and Yingli Green Energy

4

Americas, Inc., all of whom consented to this motion.

If the motion is granted, the parties intend to consult with the Court to determine a hearing date that is convenient for the Court and the parties.

WHEREFORE, Consolidated Plaintiffs respectfully move this Court to grant their Joint Motion for Oral Argument.

A proposed order accompanies this motion.

Respectfully submitted,

| /s/ John M. Gurley | /s/ Gregory S. McCue |
|---|---|
| John M. Gurley | Gregory S. McCue |
| Diana Dimitriuc Quaia | STEPTOE & JOHNSON LLP |
| ARENT FOX LLP | 1330 Connecticut Avenue, NW |
| 1717 K Street, NW | Washington, DC 20036-1795 |
| Washington, DC 20006 | (202) 429-6421 |
| (202) 857-6301 | |

*Counsel for Canadian Solar Inc., Changzhou Trina Solar Energy Co., Ltd., China Sunergy (Nanjing) Co., Ltd., Chint Solar (Zhejiang) Co., Ltd., ET Solar Industry Ltd., Hefei JA Solar Technology Co., Ltd., Jinko Solar Co., Ltd., LDK Solar Hi-Tech (Nanchang) Co., Ltd., Perlight Solar Co., Ltd., ReneSola Jiangsu Ltd., Shanghai JA Solar Technology Co., Ltd., Shenzhen Sacred Industry Co., Ltd., Shenzhen Sungold Solar Co., Ltd., Sumec Hardware & Tools Co., Ltd., Sunny Apex Development Ltd., Wuhan FYY Technology Co., Ltd., Wuxi Suntech Power Co., Ltd., Zhongli Talesun Solar Co., Ltd., Znshine PV-Tech Co., Ltd.*

*Counsel for Suniva, Inc.*

.

April 19, 2016

AFDOCS/13216947.2