UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE DONALD C. POGUE, SENIOR JUDGE

| | |
|---|---|
| SUNPOWER CORP., <br><br> Plaintiff, <br><br> and <br><br> CANADIAN SOLAR INC., *et. al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br> and <br><br> SOLARWORLD AMERICAS, INC., <br><br> Defendant-Intervenor. | Consol. Court No. 15-00067 |

ORDER

Upon consideration of the Joint Motion for Oral Argument on behalf of Plaintiffs Canadian Solar Inc., Changzhou Trina Solar Energy Co., Ltd., China Sunergy (Nanjing) Co., Ltd., Chint Solar (Zhejiang) Co., Ltd., ET Solar Industry Ltd., Hefei JA Solar Technology Co., Ltd., Jinko Solar Co., Ltd., LDK Solar Hi-Tech (Nanchang) Co., Ltd., Perlight Solar Co., Ltd., ReneSola Jiangsu Ltd., Shanghai JA Solar Technology Co., Ltd., Shenzhen Sacred Industry Co., Ltd., Shenzhen Sungold Solar Co., Ltd., Sumec Hardware & Tools Co., Ltd., Sunny Apex Development Ltd., Wuhan FYY Technology Co., Ltd., Wuxi Suntech Power Co., Ltd., Zhongli Talesun Solar Co., Ltd., Znshine PV-Tech Co., Ltd., as well as Consolidated-Plaintiff Suniva, Inc., collectively "Consolidated Plaintiffs," and all other papers and proceedings herein, it is hereby:

1

Court No. 15-00067

ORDERED that Consolidated Plaintiffs' motion is DENIED.

SO ORDERED.

Dated: June 3, 2016
New York, NY

/s/ Donald C. Pogue
The Hon. Donald C. Pogue, Senior Judge